

# Case Assignment
# Standard Criminal Assignment

Case number **3:22CR-84-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 8/3/2022 3:37:10 PM
Transaction ID: 69149

Request New Judge    Return