**FILED**

JAMES J. VILT, JR. - CLERK

AUG - 3 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    CRIMINAL ACTION NO. 3:22-CR-84-RGJ

BRETT HANKISON                                              DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Michael J. Songer and Anna Gotfryd,

Trial Attorneys, United States Department of Justice, Civil Rights Division, and moves the Court

pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the

indictment returned by the Federal Grand Jury charging the above-named defendant with

violations of Title 18, United States Code, Section 242, be kept secret until the defendant is in

custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order

that, until the defendant is in custody, or has given bail, or the warrant for arrest is returned

unexecuted, no person disclose the return of the indictment, or any warrant or order issued

pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of

the defendant.

Respectfully submitted,

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

MICHAEL J. SONGER
ANNA GOTFRYD

TRIAL ATTORNEYS
CIVIL RIGHTS DIVISION

Trial Attorney Michael J. Songer

ATTORNEYS FOR THE UNITED
STATES, ACTING UNDER AUTHORITY
CONFERRED BY 28 U.S.C. § 515