UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                              CRIMINAL ACTION NO. 3:22-CR-84-RGJ

BRETT HANKISON                                                        DEFENDANT

### ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with violations of Title 18, United States Code, Section 242, is hereby ORDERED to be kept secret until the defendant is in custody. At that time, the indictment shall be unsealed. Prior to that time, no person shall disclose the return of this indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 3rd day of August, 2022.

_____
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK

AUG - 3 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY