FILED
JAMES J. VILT, JR. - CLERK

AUG 03 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE: BREONNA TAYLOR

Case No. 3:22-CR-84-RGJ

Filed Under Seal

## MOTION FOR PERMISSION FOR LIMITED EARLY DISCLOSURE OF SEALED INFORMATION

NOW COMES the United States of America, by and through the undersigned attorneys, and respectfully moves the Court to enter an Order permitting the government to discuss the contents of two sealed indictments with victims and the Chief of Police shortly before those indictments are unsealed and made public. The grand jury returned two sealed indictments today, August 3, 2022, in an investigation related to the death of Breonna Taylor, a young woman who was shot and killed in March 2020 by officers with the Louisville Metro Police Department (LMPD) who were executing a search warrant at her home. One indictment returned today charges two officers with civil rights and obstruction offenses related to false statements made in the affidavit used to obtain the warrant for Ms. Taylor's home; that indictment alleges that the civil rights offense involving the falsified warrant resulted in Ms. Taylor's death. The second indictment returned today charges one of the officers who executed the warrant at Ms. Taylor's home with civil rights offenses for shooting into the home without legal justification; that indictment alleges that the civil rights offenses included an attempt to kill. The FBI plans to arrest the three defendants on the morning of August 4, 2022. The indictments will then presumably be unsealed at the time the defendants are taken into custody.

The government seeks permission to meet with Ms. Taylor's family early on the morning of August 4, 2020, shortly before the indictments are unsealed. Ms. Taylor's death garnered extensive national media attention, and the arrest of officers in connection with her death is also likely to garner extensive attention. Ms. Taylor's loved ones have patiently waited for more than

two years while the federal investigation has proceeded, and the government believes that they should not learn of the indictments from the press. In order to comply with the Crime Victims' Rights Act (CVRA) in a manner most respectful to the victims, the government seeks permission to meet with Ms. Taylor's family and their attorneys at 8:00 a.m. on August 4, 2022.

The government also seeks permission for the FBI to reveal the fact of the sealed indictments to select LMPD officials whose assistance is necessary to make the arrests. Specifically, the FBI would like to notify the LMPD Chief of Police and Deputy Chief Jackie Villaroel at 7:00 p.m. on August 3, 2022, so that the Chief and Deputy Chief can assist with the arrest the following morning of one of the three defendants, who is scheduled to be at work at LMPD at 7:30 a.m. on August 4 when the arrests will occur. The government further asks the Court to permit the Chief and Deputy Chief to notify, starting on the morning of August 4, select other LMPD officials whose assistance is necessary to make the arrest.

If the Court grants permission for these notifications, the government (and in turn, the Chief of Police) will provide the authorized disclosures only if the individuals authorized to receive the information agree not to share the information with anyone else until after the indictments have been unsealed and made public.

Executed on August 3, 2022.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General

*/s/ Michael J. Songer*

Michael J. Songer
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-1762

Michael.Songer@usdoj.gov
Authority Conferred by 28 U.S.C. § 515

_/s/ Anna Gotfryd_
Anna Gotfryd
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-3972
Anna.Gotfryd@usdoj.gov
Authority Conferred by 28 U.S.C. § 515