UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE: BREONNA TAYLOR

Case No.

**Filed Under Seal** 3:22-CR-84-RGJ

## ORDER

The United States has submitted a Motion for Permission for Limited Early Disclosure of

Sealed Information asking this Court to allow the government to discuss the contents of two sealed

indictments with victims, their attorneys, and select law enforcement officials shortly before those

indictments are unsealed and made public.  In support, the government has articulated a need to

comply with the Crime Victims' Rights Act in a manner that is most respectful to the victims,

along with public-safety reasons for notifying the Chief of LMPD and select other LMPD officials,

whose assistance is necessary to make arrests.  The Court determines that there are important

victim and law enforcement reasons to allow the government to discuss the contents of the two

sealed indictments with victims and their attorneys at 8:00 a.m. on Thursday, August 4, and to

notify the Chief and Deputy Chief of Police at 7:00 p.m. on the night of Wednesday, August 3,

2022.  The Court therefore GRANTS the government's Motion for Permission for Limited Early

Disclosure of Sealed Information and ORDERS that the individuals authorized to receive sealed

information do not share the information with anyone else until after the indictments have been

unsealed and made public.

_____
Date

_____
Regina S. Edwards, Magistrate Judge
United States District Court