FILED
JAMES J. VILT, JR. - CLERK

AUG -3 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                         PLAINTIFF

v.                          CRIMINAL NO. 3:22-CR-84-RGJ

BRETT HANKISON                                   DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Trial Attorney Michael J. Songer hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General

Michael J. Songer
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-1762
Michael.Songer@usdoj.gov
Authority Conferred by 28 U.S.C. § 515