UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE



FILED
JAMES J. VILT, JR. - CLERK
AUG - 3 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL NO. 3:22-CR-84-RGJ

BRETT HANKISON     DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant U.S. Attorney Zachary Dembo hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General

By: /s/ Zachary Dembo
Zachary Dembo
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 233-2661
Zachary.dembo@usdoj.gov
Authority Conferred by 28 U.S.C. § 515