

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.  CRIMINAL NO. 3:22-CR-84-RGJ | |
| BRETT HANKISON | DEFENDANT |

## NOTICE OF ENTRY OF APPEARANCE

Trial Attorney Anna Gotfryd hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General

Anna Gotfryd
Trial Attorney
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 616-3972
Anna.Gotfryd@usdoj.gov
Authority Conferred by 28 U.S.C. § 515