FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Aug 04, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3-22-cr-84<br>**FILED UNDER SEAL** |
| BRETT HANKISON | DEFENDANT |

## MOTION TO UNSEAL INDICTMENT

The United States files this motion asking the Court to immediately unseal the indictment in *United States v. Brett Hankison*, Case Number 3:22-cr-84. Defendant Hankison is one of three current or former Louisville Metro Police Department officers who were indicted yesterday on charges connected to the preparation and execution of a search warrant that resulted in the death of Breonna Taylor. The execution of the search warrant and Taylor's death received significant media attention and resulted in civil unrest.

Both defendants in the related case *of United States v. Josh Jaynes and Kyle Meany* were taken into custody this morning, and the indictment in their case is now unsealed pursuant to the Court's Sealing Order in that case. In addition, federal agents have contacted defendant Hankison and he has agreed to surrender. Accordingly, there is no longer any law enforcement need to keep defendant Hankison's indictment sealed to facilitate his arrest. The presumption that court proceedings should be open to the public accordingly prevails at this time.

In addition, there are significant considerations that militate in favor of unsealing defendant Hankison's indictment. Unsealing the indictment now ensures that the federal charges against all defendants involved in the preparation and execution of the search warrant at Breonna

Taylor's home can be announced simultaneously to the public. Absent a joint announcement, the public may mistakenly believe that no charges were brought against defendant Hankison, who fired into Ms. Taylor's apartment during the execution of the search warrant.

Because the indictments of defendants Jaynes and Meany are now unsealed, news of their indictment will receive significant public attention imminently. We therefore ask the Court to immediately unseal defendant Hankison's indictment to allow the United States to inform the public of all the charges connected to the Breonna Taylor incident.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General


/s/ Michael J. Songer
Michael J. Songer
Anna Gotfryd
Trial Attorneys
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-1762
Michael.Songer@usdoj.gov
Authority Conferred by 28 U.S.C. § 515