UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 3:22-cr-84 |
| BRETT HANKISON | DEFENDANT |

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant with a violations of Title 18, United States Code, Section 242 is hereby ORDERED to be unsealed.

Regina S. Edwards, Magistrate Judge
United States District Court

August 4, 2022

**ENTERED**
JAMES J. VILT JR., CLERK
8/4/2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY