UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.                                                   Case No. 3:22-cr-84-RGJ

BRETT HANKISON,
Defendant.

### UNITED STATES' NOTICE REGARDING PRETRIAL MATTERS

The United States of America files this Notice to advise the Court of the status of discovery and other pretrial matters in this case and to update the Court on its efforts to comply with the Court's Amended Order Following Arraignment, ECF No. 18.

The Amended Order requires the parties to confer about discovery and other pretrial issues and to make expert disclosures, among other items.  To the government's knowledge, defendant Hankison has not yet retained counsel to represent him in this case.  Accordingly, the government has not been able to confer with defendant Hankison's counsel about issues related to discovery or other pretrial matters as contemplated by the Court's Order.

However, consistent with its discovery obligations, the United States has prepared a large initial discovery production (one of several anticipated in this matter) that includes approximately 66,000 documents and records, totaling more than 300,000 pages, as well as dozens of audio and video recordings and significant data from electronic devices, such as cell phones and GPS trackers.  The discovery production includes a searchable index that identifies the name and category of each tendered document.  The government is ready to produce this material to the defendant as soon as he retains counsel and the parties have reached agreement on a protective order.  The United States has drafted a protective order, which, if adopted by the Court, would

allow the government to quickly and efficiently fulfill its discovery obligations while protecting the important privacy interests implicated by the large volume of sensitive information the government intends to produce.  The proposed protective order is attached as Exhibit A.[1]

The government recently filed a motion to enter an identical protective order in the related case of *United States v. Jaynes and Meany*, Case No. 3:22-cr-85-CRS, after conferring with counsel for both defendants in that case.  As noted above, however, the government has not yet been able to discuss the proposed protective order with counsel for defendant Hankison.

The United States is prepared to move expeditiously to fulfill its discovery obligations and to work to resolve other pretrial matters as soon as defendant Hankison retains counsel in this case.

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General

/s/ Michael J. Songer
Michael J. Songer
Anna Gotfryd
Attorneys
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-3204
Michael.Songer@usdoj.gov
Anna.Gotfryd@usdoj.gov

---

[1] The United States intends to file a motion asking the Court to enter the protective order as soon as it has an opportunity to confer with counsel for defendant Hankison.

3

Zachary Dembo
Assistant U.S. Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507-1612
Zachary.Dembo@usdoj.gov
(859) 233-2661

Authority Conferred by 28 U.S.C. § 515

3

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 30th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

/s/ *Michael J. Songer*
MICHAEL J. SONGER
U.S. Department of Justice

4