UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                                                    **PLAINTIFF**

**V.**                                                                         **CRIMINAL ACTION NO 3:22-CR-84-RGJ**

**BRETT HANKISON**                                                                                                                 **DEFENDANT**

## ORDER

A status hearing was conducted, by video, on September 6, 2022. Michael Songer, Zachary Dembo, and Anna Mary Gotfryd participated on behalf of the United States. Defendant Brett Hankison was present, without counsel. The proceeding was digitally recorded.

Defendant advised the Court that he has retained counsel. New counsel shall enter their appearance in this matter no later than **September 9, 2022**.

At the request of the United States and based on a discussion of the defendant's bond conditions,

**IT IS HEREBY ORDERED** that the defendant's bond entered on August 4, 2022 (DN 16) shall be amended to include the following condition:

> (f) abide by the following restrictions on personal association, residence, or travel: any travel outside of the Western District of Kentucky must be discussed and approved by the United States Probation Office.

**IT IS FURTHER ORDERED** that pursuant to condition (2) of the defendant's bond, the defendant shall cooperate in the collection of a DNA sample authorized by 42 U.S.C. § 14135a.

Regina S. Edwards, Magistrate Judge
United States District Court

cc: Counsel of Record

September 7, 2022

0|10