UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:22-CR-84-RBJ

*Electronically Filed*

| | |
|---|---:|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | |
| BRETT HANKISON | DEFENDANT |

### AMENDED NOTICE OF ENTRY OF APPEARANCE

Ibrahim A. Farag, of the law firm Farag Legal Services, PLLC, hereby enters his appearance as counsel on behalf of defendant Brett Hankison in this action. Please serve all future filings, correspondence, and documents electronically or at the address set forth below.

> Respectfully submitted,
> /s/ Ibrahim A. Farag
> Ibrahim A. Farag
> 440 S. 7th Street, Suite 200
> Louisville, KY 40203
> (502) 589-5855
> *Counsel for Defendant Hankison*

### CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was this 12th day of September 2022, served upon the following via the CM/ECF system and/or electronic mail and/or U.S. Mail:

Anna Mary Gotfryd
U.S. Department of Justice
Criminal Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-598-5764
Email: anna.gotfryd@usdoj.gov
*Counsel for Plaintiff*

Michael Songer
U.S. Department of Justice - Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-514-3204
Email: michael.songer@usdoj.gov
*Counsel for Plaintiff*


Zachary Dembo
U.S. Attorney Office - Lexington
260 W. Vine Street, Suite 300
Lexington, KY 40507-1612
859-233-2661
Email: zachary.dembo@usdoj.gov
*Counsel for Plaintiff*