IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**FILED**
JAMES J. VILT, JR. - CLERK
SEP 14 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>BRETT HANKISON<br>Defendant. | )<br>)<br>)<br>) No. 3:22-CR-84<br>) District Judge Jennings<br>)<br>)<br>) |

## WAVIER OF SPEEDY TRIAL

**I, Brett Hankison**, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq. and any Plan for Prompt Disposition of Criminal Cases adopted by this Court and have further been advised that my case is currently set for trial on October 13, 2022, at 9:30 a.m., and that I may have my case tried promptly if I desire.

I hereby consent to having my case continued for trial until a later date, and in so doing waive any rights I may have under the Speedy Trail Act and any Plan for Prompt Disposition of Criminal Cases.

_____
Brett Hankison

09/14/2022
Date