UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRETT HANKISON,<br>Defendant. | Case No. 3:22-cr-84-RGJ |

## NOTICE OF WITHDRAWAL OF COUNSEL

The United States gives notice that the undersigned withdraws as counsel for the United States in this case.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

 *s/Zachary D. Dembo*
Zach Dembo
Assistant U.S. Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507-1612
zachary.dembo@usdoj.gov
(859) 233-2661

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 10th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

/s/ *Zachary D. Dembo*
Zach Dembo
Assistant U.S. Attorney
Eastern District of Kentucky