UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                 Plaintiff

v.                                                                  Criminal Action No. 3:22CR-84-RGJ

BRETT HANKISON                                                                          Defendant

\* \* \* \* \*

### ORDER GRANTING LEAVE TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Motion for Admission *Pro Hac Vice* filed by Defendant, Brett Hankison, [DN 36]. The Court, having reviewed the motion and its attachments as required by LR 83.2, having found that the movant has complied with all elements of LR 83.2, and the Court having been otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1) Wm. Stewart Mathews II is granted leave to appear *pro hac vice* for the Defendant in this action.

(2) If during the pendency of this action, Wm. Stewart Mathews II is disbarred, suspended from practice, is not in good standing with the Bar to which he is a member, or is subject to any other disciplinary action by any court, state, territory or the District of Columbia, Wm. Stewart Mathews II must immediately notify the Court and provide information necessary for the Court to evaluate whether continued admission in this case is appropriate.

May 3, 2023

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:    All Counsel