## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

*Electronically Filed*

**UNITED STATES OF AMERICA**　　　　Case No.: 3:22-cr-84-RGJ
　　　　**Plaintiff,**
　　vs.

**BRETT HANKISON**
　　　　**Defendant.**

_____

### NOTICE OF APPERANCE

Comes now, Wm. Stewart Mathews ll, and enters his appearance as attorney for Defendant Brett Hankison.

　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　*/s/ Wm. Stewart Mathews ll*
　　　　　　　　　　　　　　Wm. Stewart Mathews ll
　　　　　　　　　　　　　　Attorney for Brett Hankison
　　　　　　　　　　　　　　817 Main Street, Suite 500
　　　　　　　　　　　　　　Cincinnati, Ohio 45202
　　　　　　　　　　　　　　(513) 621-4849
　　　　　　　　　　　　　　(513) 345-5565(Fax)
　　　　　　　　　　　　　　wsmathews@msn.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon the following via CM/ECF system and/or electronic mail and/or U.S. Mail this 9th day of May, 2023:

1

Anna Mary Gotfryd
U.S Department of Justice
Criminal Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 598-5764
Email: anna.gotfryd@usdoj.gov
*Counsel for Plaintiff*

Michael Songer
U.S. Department of Justice-Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-3204
Email: Michael.songer@usdoj.gov
*Counsel for Plaintiff*

          */s/ Wm. Stewart Mathews ll*
          Wm. Stewart Mathews ll
          Attorney for Brett Hankison