UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL COURT PROCEEDINGS – TRIAL

Case Number: _3:22-CR-84-RGJ-1_              Date: _11/7/2023_

Case Title: _USA v. Hankison_

Court Location: Courtroom 3

Before: Rebecca G. Jennings

Present:      Court Reporter: _Dena Legg_ & April Dowell

              Courtroom Deputy: _Andrea Morgan_

Counsel:      United States: Michael Songer & Anna Mary Gotfryd- DOJ

              Defendant: Jack Byrd, Wm. Stewart Mathews II & Ibrahim A. Farag

**Jury *Voir Dire*:**

Jury Impaneled & Sworn  Date: **11/2/2023 at 10:25 a.m.** ____

Introduction of Evidence for United States  __ Begun  ✓ Resumed  __ Concluded

Introduction of Evidence for Defendant  __ Begun  __ Resumed  __ Concluded

__ Rebuttal Evidence   __ Sur-Rebuttal Evidence   __ No Evidence Presented
__ Motion for Judgment of Acquittal   __ Granted   __ Denied   __ Submitted
__ Jury retires to deliberate at___; Jury returns at
__ FINDING BY COURT   __ JURY VERDICT (See signed verdict as to each defendant)
__ Jury polled   __ Polling waived   __ Mistrial declared
✓ **Case continued to _11/8/2023 at 10:30 AM_ for trial.**
__ Defendant shall remain on bond   __ Defendant shall remain detained

COURT TIME:    5/10                                      _AM_ Initials of Deputy Clerk