UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA																Plaintiff

v.																Criminal Action No. 3:22CR-84-RGJ

BRETT HANKISON																Defendant

\* \* \* \* \*

**ORDER**

This case came before the Court for a jury trial on October 30, 2023 through November 3, 2023; November 6, 2023 through November 9, 2023; and November 13, 2023 through November 16, 2023.  The United States was represented by Mr. Michael Songer and Ms. Anna Mary Gotfryd, Department of Justice United States Attorneys.  The defendant was present, on bond, with retained counsel, Mr. Wm. Stewart Mathews II, Mr. Jack Byrd and Mr. Ibrahim A. Farag.

The jury reported to the Court on November 16, 2023, after several days of deliberation, that they were unable to reach unanimous verdicts as to Counts 1 through 2 of the Indictment. The jury indicated to the Court that further deliberations would be of no benefit, therefore; the jury was dismissed.

**IT IS ORDERED** that a mistrial is declared as to Counts 1 through 2 of the Indictment, and the said counts therefore remain pending until further order of the Court.

**IT IS FURTHER ORDERED** this matter is assigned for a **status conference on DECEMBER 13, 2023 at 12:30 P.M.** before Judge Rebecca Grady Jennings, District Judge via Zoom to determine whether a retrial will be sought.  The Court's Deputy will forward the link to counsel two days before the hearing.

**IT IS FURTHER ORDERED** the defendant shall remain under the same terms and conditions of his present bond pending further orders of the Court.

November 17, 2023

*Rebecca Grady Jennings, District Judge*
*United States District Court*

Copies to: Counsel, United States Probation.