IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:22-CR-84 |
| ) | District Judge Jennings |
| BRETT HANKISON ) | |
| Defendant. ) | |

### MOTION TO ALLOW THE LATE FILING OF THE DEFENDANT'S MOTION FOR RENEWAL OF HIS MOTION FOR JUDGEMENT OF ACQUITTAL

COMES NOW THE ACCUSED, Brett Hankison, by and through counsel, Jack Byrd, Stewart Mathews, and Ibrahim Farag, and moves the Court to allow the late filling of the Defendant's renewal of his Motion for a Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 45(b)(1)(B).

In support thereof counsel would state:

1. Jury selection and trial of this matter was conducted before the Court from October 30, 2023, until November 13, 2023. Jury deliberations continued from the conclusion of closing arguments until the Court declared a mistrial on November 16, 2023.

2. Upon defense counsels return to Tennessee on November 17, 2023, he instructed staff to enter the deadline date and reminder date for the filing of the Defendant's Fed. R. Crim. P. 29 Motion and promptly began pre-trial preparations for State v. Brown 2020-D-2155, to be held in the Criminal Court of Davidson County, Tennessee on December 4, 2023.

3. At the conclusion of the State trial of Mr. Brown, counsel returned to his office and discovered that the State deadline (30 days) had been entered into the automated system versus the Federal deadline of 14 days.

4. That the delay is excusable neglect based upon the circumstances as outlined.

5. Allowing the Defendant to file his Motion at this point would not be an inordinately long delay, still within 30 days of the mistrial order.

6. The Government would not be prejudiced by the granting of this Motion, and it would not impact the Judicial proceedings.

WHEREFORE, for the foregoing reasons, Brett Hankison through counsel requests the Court to allow the late filing of his Fed. R. Crim. P. 29(c)(2) motion on or before December 15, 2023, pursuant to Fed. R. Crim. P. 45(b)(1)(B).

Respectfully submitted,

*/s/Jack Byrd*
Jack Byrd
Law Offices of Jack Byrd, PLLC
545 Mainstream Drive
Suite 420
Nashville, TN 37228
Office: (615) 942-6366
E-mail: jack@jackbyrdlaw.com
Counsel for the Defendant

**/s/ Wm. Stewart Mathews ll**
Wm. Stewart Mathews ll
Dolle & Mathews Co. LPA
817 Main Street, Suite 500
Cincinnati, OH 45202
(513) 621-4849
Email: wsmathews@msn.com
Counsel for the Defendant

**/s/ Ibrahim Farag**
Ibrahim A. Farag
FARAG LEGAL SERVICES, PLLC
440 South 7th Street, Suite 200
Louisville, Kentucky 40202
(502) 587-0789
Email: ifarag@faraglegal.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day December 2023, a true and exact copy of this document was filed electronically with the U.S. District Court Clerk by using the CM/ECF system, who will forward copies to all parties in this matter.

<em>/s/ Jack Byrd</em><br>Jack Byrd