# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>BRETT HANKISON )<br>    Defendant. ) | No. 3:22-CR-84<br>District Judge Jennings |

## DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

Comes now Brett Hankison, by and through counsel of record, and pursuant to Federal Rule of Criminal Procedure 29(c)(2), and hereby respectfully renews his Motion for Judgment of Acquittal made orally at the close of the Government's proof and moves this Honorable Court to enter judgments of acquittal on all Counts of the indictment.

"A court must grant a motion for judgment of acquittal when there is not sufficient evidence for a rational trier of fact to have found each element of the offense beyond a reasonable doubt. Jackson v. Virginia, 443 U.S. 307, 319, 99 S.Ct. 2781, 2789, 61 L.Ed.2d 560 (1979)." United States v. Lake, 985 F.2d 265, 267 (6th Cir. 1993).

Mr. Hankison would state that the evidence presented by the government in this case is insufficient to sustain a conviction on any of the Counts.

Respectfully submitted,

*/s/Jack Byrd*
Jack Byrd
Law Offices of Jack Byrd, PLLC
545 Mainstream Drive
Suite 420
Nashville, TN 37228
Office: (615) 942-6366
E-mail: jack@jackbyrdlaw.com
Counsel for the Defendant

**/s/ Wm. Stewart Mathews ll**
Wm. Stewart Mathews ll
Dolle & Mathews Co. LPA
817 Main Street, Suite 500
Cincinnati, OH 45202
(513) 621-4849
Email: wsmathews@msn.com
Counsel for the Defendant

**/s/ Ibrahim Farag**
Ibrahim A. Farag
FARAG LEGAL SERVICES, PLLC
440 South 7th Street, Suite 200
Louisville, Kentucky 40202
(502) 587-0789
Email: ifarag@faraglegal.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day December 2023, a true and exact copy of this document was filed electronically with the U.S. District Court Clerk by using the CM/ECF system, who will forward copies to all parties in this matter.

*/s/ Jack Byrd*
Jack Byrd