**FILED**
James J. Vilt Jr,
Clerk
November 1, 2024
U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                Plaintiff

v.                                                          Criminal Action No. 3:22CR-84-RGJ

BRETT HANKSON                                                           Defendant

\* \* \* \* \*

**JURY VERDICT- Count 1**

FILED
JAMES J. VILT, JR. - CLERK
NOV 0 1 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                             Plaintiff

v.                                                Criminal Action No. 3:22-cr-84-RGJ

BRETT HANKISON                                                       Defendant

## VERDICT FORM

We, the Jury, unanimously find the following:

### COUNT 1

**Question 1.** With respect to the charge in Count 1, involving Breonna Taylor, deprivation of rights under color of law, in violation of Title 18, United States Code, Section 242, we find the Defendant, **BRETT HANKISON**:

GUILTY ✓            NOT GUILTY _____

[If your answer is Guilty, please answer the question below.]

**Question 2.** We, the Jury, unanimously find the following [please check all that you have unanimously agreed were proved beyond a reasonable doubt]:

✓ Brett Hankison used a dangerous weapon.

✓ Brett Hankison's offense involved an attempt to kill.

13
Juror No.

Date: 11-1-24

1