To the Honorable Judge Rebecca Grady,

My name is Nancy Hankison and I am Brett Hankison's mother. I would like to tell you a little about Brett. He is the youngest of our three sons and we have always been so proud him. He was always a good student (honor roll, very disciplined, very focused) he played multiple sports, and he was well liked and respected by not just his peers but his teachers and coaches as well. He was never any trouble and never gave us any problems. I am not saying he was perfect, but none of us are. From the time he was in junior high, he wanted to go into law enforcement and become a police officer.

He attended the University of Cincinnati and graduated with a bachelor's degree in criminal justice. To pay for his education, Brett continued to follow his law enforcement dream and gained valuable experience while working in the security/loss prevention department at JC Penny while in school, and for the state highway department (ODOT) during his summer breaks. After graduation, Brett moved to Lexington Kentucky where he began his career in law enforcement with the Lexington Fayette County Police department. He was there for 3 years before transferring to Louisville in 2003 where he became an officer in the first Louisville Metro Police Department class.

Brett's work ethic and dedication to his job allowed him to purchase a home in Taylorsville, KY which he paid off by himself. He has a 21-year-old daughter named Adaira who he dearly loves and is very involved with her daily life. I think that Brett and Shannon (Adaira's mother who has also written a letter to you) have done a great job raising her. She is finishing her third year of nursing school and will graduate next year with her bachelor's degree in nursing. She has grown to be a beautiful, smart young lady, who is loved very much.

Brett was raised in the Methodist church, but when he first moved to Kentucky and began his law enforcement career, his work and off- duty schedule interfered with his church attendance. However, over the last few years, church has become a non-negotiable with Brett and attending service at Southeast Christian Church has become a weekly thing for him and Adaira, something they both look forward to. Sometimes I think he has more faith than I do, but I guess as a mother, that's one thing you hope for your children - to have a solid foundation in Christ.

We, as a family, are still grieving the loss of our rock - my husband Paul. Paul died here at home on May 30, 2024. He was a wonderful father and husband. In our final days together,

Paul told me to keep praying for Brett because that was all we can do at this point. God is in control and we just have to have faith. Brett has told me the same thing. For five years, we as a family, as well as our circle of friends and even people we have never met, have prayed without ceasing as we have watched this nightmare unfold.

I don't know if you are a mother, but I really need Brett to be able to be here, especially since his father passed. My oldest son is paralyzed from the waist down and confined to a wheelchair. My middle son lives here in the same town and is good to me and does the best he can to help, but he just doesn't have the same skill set as Brett. Brett comes home a few times a month, he fixes things around the house, works in the yard, takes care of things I can't, etc. I really do need him now more than ever. I am 81 years old, and I have been blessed with good health, but this body is slowly wearing out with each day that passes.

Your Honor, I would not want your job, nor can I imagine the amount of stress you are put under from day to day, but I am asking you as a mother to be as merciful as you can be. Brett is a good, kindhearted person, there is not a mean streak in him. All he has ever wanted is to be a police officer, to serve his community, and protect the people around him. I know that's what he felt he was doing when he acted in defense of his police brothers the night of March 13, 2020. I know there is nothing Brett wouldn't do to change the events of that night, but unfortunately, we can't change the past. We can only move forward. I can only pray that you will be merciful when making your decision. Thank you for your time.

God be with you,

Nancy Hankison

The Honorable Judge Rebecca Grady Jennings,

     My name is Adaira Hankison and I am Brett Hankison's daughter. I am not sure how someone starts a letter pleading for a judge not to send their dad to jail. It has never crossed my mind as something in life I would have to do. My dad is my whole life. He is me and I am him. As close as I am with my mom, I am a carbon copy of my father. And because of that, I know how undeserving of this he is. My dad is the one person in my life who has taught me the importance of being a good person. I am not sure how many adjectives or stories I can give you to convince you of that.

     The main things I remember from my childhood is how hard my dad worked, how much he loved his job, and how he always made time for me. I would always be so excited for him to come home and tell me the stories of the day – like how he helped kids get out of a harmful situation (or anyone for that matter). He volunteered to do tutoring for less fortunate kids through work and loved doing that as well. He did anything he could to get into the community and help anyone he could. On top of that, he would always make time for me. If I was with my mom, he was at work, but if he wasn't at work, I was with him. He prioritized his time with me above anything. Every soccer game, school event, extracurricular event, he would leave work and make sure he was there no matter what. When I was in elementary and middle school, he would pick me up when school was over, drive to Cincinnati to watch a Cincinnati Reds baseball game or a Cincinnati college football game and drive back home the same night so I could make it to school the next day. In middle and high school, we started going to Cincinnati together every weekend to go to a Bengals game, Cincinnati FC game or any sporting event we could just to get away together and have a good time.

     After graduating high school, I moved to Morehead State for my freshman year of college. My dad called me every day and missed me so much. I would drive 2 hours home every Friday after class to spend time with him, often going on weekend trips to Cincinnati. After my freshman year, I changed majors and moved back to Louisville. I moved in with my boyfriend and it upset my dad very much for me to not be living at home with him. To make sure we still had our time together, we made Thursday nights our "daddy-daughter nights." Every Thursday night, no matter what, we go to church at Southeast Christian Church and afterwards we go to the store, get stuff to make dinner, and I stay at his house for the night. We still do that now and I'm 21 years old.

     I am currently a junior in Nursing school and will be graduating next May with my BSN degree. I need my dad to be at my graduation. Everything I have done correctly in my life is because of my parents. He always pushed me to study and get good grades in school. This push made me love school and want that for myself. All I want to do is make him proud. Every exam I take, I call him to tell him what I got. I am always so proud to tell him how good I'm doing in school. I plan go to back to school after two years of being a RN to apply for my Doctor of Nursing Practice degree. I have such a drive in me to do well in school and be successful and that is because of my dad. All of it is for him. I don't know what I would do if he wasn't there to watch me graduate and see how all my hard work has paid off. Yes, I can visit him in prison and

show him my diploma and pictures from my graduation, but it won't be the same as him being there seeing it for himself. I am his only child. I have our first dance song picked out, I need him to be there to watch me get married and have him walk me down the aisle. I need him to be there when I have my first child and give him his first grandchild. If he ends up going to prison, I will have to take over his three properties, managing his rentals, and moving into his house to take care of our dogs and everything he has ~ all while still being in nursing school. I am capable of it, but I shouldn't have to. I shouldn't have to live my life every day with my dad not in it, or not be able to drive to his house, or call him to tell him what I got on an exam.

Aside from me, his mother Nancy needs him. We recently lost my grandpa, Brett's father, last May. Going through that on top of this trial has been hard on him, but no one would ever know. He visits his mother frequently. She lives 4 hours away in Logan, Ohio and I go as much as I can while being in school. She was the main provider for her husband during his bad health. Now that she is alone we try to go up more frequently and have even talked about possibly moving her down here to be closer. She tells me every time I talk to her on the phone how she doesn't know how to live without the person she was in love with since she was 18 years old. How is she supposed to lose someone else? She has had my dad in her life since March 8, 1976, always calling her, always coming to help fix things and do stuff around the house she is not able to do. She is 81 and healthier than her husband was, but she needs my dad. He is her son and I don't know how she will be able to live with herself if she loses him too.

I don't know how my dad will do being in prison. He doesn't belong there. He is not a mean person. He is not a spiteful person. He is full of love and God's love. I believe everything happens for a reason and God has showed us that. Throughout all of this, I have seen my dad grow so much in his faith. He always tells me, "just keep praying, God has this." That's what is important - faith. Any sentence will be tough to deal with, but in the end, does that really matter? I am an optimist, and by that, I mean I trust in God. I tell my dad, "even if you do go to prison, it will be so hard on you, but you must continue to lead through Christ because he put you there for a reason." I know he can lead a church or group in prison and gain more brothers in Christ and if that's Gods plan, then my dad will recognize that and run with it. I remember right before his first trial I think, he was at the gym. He opened one of the lockers to get his belongings and there was a necklace in there wrapped up neatly. It was a symbol called the Jerusalem cross. This cross represents the strength of Christianity, the spread of the gospel, the wounds of Christ and the Kingdom of Jerusalem. We took that as a major sign from God, not a coincidence. Since that day, he has worn it or carried it in his pocket - every day, every meeting, every hearing and trial. I remember the first day of his federal trial he pulled it out of his pocket just to show me he had it and that was one of the only times I have gotten emotional through this. That really solidified his faith and trust in God, even through the toughest times and hardest battles.

I cannot imagine having your job and I applaud you for doing it and holding up the justice system, but please take all of this into consideration when you sentence my dad. I don't know how to convince you that he is so important to so many people, he is an amazing person

and father, and I love him with my whole heart. As for his mother, Nancy needs him, as a brother in Christ, his friends need him. As his daughter, I need him.

Thank you for your time and God bless.

Adaira Hanksion

March 17, 2025

To The Honorable Judge Rebecca Grady Jennings,

My name is Emily Chaney, I am Brett's girlfriend. I am writing to you on behalf of Brett Hankison who I've had the privilege of knowing and witnessing firsthand the remarkable person he is. I want to share with you the character, dedication, and positive impact Brett has had on myself, his community, family, and those around him.

On December 16, 2023, Brett invited me on a road trip, explaining that a friend had a surprise for him. When we arrived at our destination, Brett was reunited with his former partner, police K9 Franklin. They had been separated for 1,275 days, during which Franklin lived in an outdoor kennel covered in feces. Despite being in poor condition, the moment Franklin saw Brett, he was ready to get back to work, searching and taking drugs off the streets. Witnessing this reunion showed me the deep sense of loyalty, responsibility, and dedication Brett has—not only to his work but to those who depend on him, and we have been together ever since.

Beyond his professional dedication, Brett is an extraordinary family man. After the passing of his father on May 30, 2024, Brett has become the pillar of strength for his mother, ensuring she remained supported even though he lives hours away. He frequently visits to take care of household tasks that his mother is no longer able to manage. Additionally, he has two brothers who are disabled veterans, one of whom is in a wheelchair. Brett steps up to assist them with daily challenges, from cleaning and moving items to setting up holiday decorations.

Brett's love and commitment to his daughter, Adaira, is unparalleled. She is his number one priority, and he does everything possible to ensure she is cared for and supported. He is her biggest cheerleader, always by her side to celebrate her milestones and achievements.

Brett also has a profound impact on the youth in our community. Last summer, he dedicated a significant amount of his time volunteering and mentoring 4 boys I nanny,

ranging in age from 5 to 13. He guided them in setting and achieving personal goals, building confidence, overcoming fears, and learning the importance of teamwork and mutual respect. His passion for shaping future generations is evident in the way he leads by example, instilling strong values and encouragement in those he mentors.

Faith is another cornerstone of Brett's character. A devout Christian, he has inspired my own spiritual journey. When we first met, I did not consider myself religious, but since attending Southeast Christian Church with Brett and his daughter, I have opened my heart to Jesus. Brett's guidance and encouragement to become familiar with what the Bible says has profoundly impacted my life in a positive way.

Your Honor, Brett is a man of integrity, devotion, and selflessness. He is a dedicated father, a loving boyfriend, a loyal friend, and an individual who consistently puts others before himself. I hope my words convey the depth of his character and the positive influence he has had on myself and those around him.

Thank you for your time and consideration.

Sincerely,

Emily Chaney

February 7, 2025

The Honorable Judge Rebecca Grady Jennings,

My name is Mary Chaney, I am the mother of Brett's girlfriend Emily. I have known Brett for a little more than a year. Over time, getting to know Brett it is very clear that he is a dedicated family man, but also a person of strong faith, compassion and unwavering support for those around him. Brett has demonstrated his commitment to family, making it a priority to spend quality time with us and my daughter despite the distance that separates us.

In addition to managing his own obligations and personal goals, Brett has continually made time for his daughter and his mother, ensuring that their well-being and happiness remain a priority. Moreover, he has placed great importance on fostering a strong bond between our families, valuing unity and shared love.

Throughout my time getting to know Brett I have learned about his previous career and the passion that drove him in his professional journey. His primary motivation was always to make a meaningful difference in people's lives-standing for justice, upholding the law, and protecting those in need, whether directly or indirectly. His integrity and commitment to doing what is right remain evident in the way he carries himself today.

Despite facing challenges and adversities in recent years, Brett has remained steadfast in his faith and principles. He continues to spread joy and finds fulfillment in life's simplest and most beautiful moments. His actions are guided by a heart full of goodness, and his ability to remain optimistic and kind, even in adversity, is truly inspiring. It is a privilege to know him and witness the positive influence he has on those around him.

Sincerely,

*Mary Chaney*

Mary Chaney

 **Gmail**                                    **Donald Malarcik <don@ohiodefensefirm.com>**

## Support Letter for Brett from Shannon Gresham
1 message

**kygirl1703@gmail.com** <kygirl1703@gmail.com>                    Thu, Feb 6, 2025 at 9:38 PM
To: Don@ohiodefensefirm.com

To the Honorable Judge Rebecca Grady Jennings, my name is Shannon Gresham. Other than his family and childhood friends, I have know Brett longer than most of the people writing to you in his support. We have known each other for a little over 24 years and we have shared the role of parents to Adaira, our daughter, for 21 of those years.

Brett had the respect of the people in his beat. The same people he arrested respected him and trusted him. They knew Brett was there to do his job, to help make their neighborhood a better and safer place for everyone in it, and they knew "Hank" (as they all called him) truly cared about them and their well being. They knew he wanted to protect their neighborhood. That's who Brett is - he would give the shirt off his back to anyone who needed it. I have seen him take shoes, clothes, food, water to people he came in contact with who had fallen on bad times. He would take the time to sit with them, talk with them, say a prayer with them when others would walk past them without even looking at them. I would see the worry and concern he had about people he encountered. He worried about their circumstances, never judging them, wishing there was someway he could help them and make a difference in their lives. He tried every single shift to make a positive difference in his community, his beat, and in the lives of the people he looked over on his watch. He has always tried to do the right thing in all aspects of his life, especially in his career. Brett always showed up....not just for his beat partners but for those in his community. The community he was there to protect and serve. The community he watched over diligently for almost 20 years. The community he truly cared about.

Brett shows up in another role as well....his favorite and most important role: a father. He is a huge influence in our daughter Adaira's life. He's always been very involved and present in her life. From day 1, he showed up - every first day of school, every parent/teacher conference, every school program, every doctor appointment, every gymnastics and swimming lesson, every dance she attended, every sporting event and competition she cheered at, every soccer game she played in. Brett has always been there, encouraging her, supporting her and guiding her every step of the way. He is her security. He is her safe place. He is who she confides in. Brett has instilled in Adaira the importance of God in her daily life, having faith in God no matter the circumstances. To trust in God and never doubt His word. Church has always been a very important part of Brett's life and it's a non-negotiable as far as he's concerned. He grew up in church. He wanted to make sure Adaira was brought up in church as well. Every Thursday night is "their" night and church at Southeast Christian is center of that night. At 21, she has lived on her own now for the last 3 years and they still have "their" night together every week. It starts with church, next is dinner and conversation, and ends with her spending the night at his house. They still say their nighttime prayers together. It's their time, it's their special bond. She needs that to continue. It's not easy being a police officers child. The constant fear and worry. I know Brett is scared and worried about the possibility of not being around for her - for once, not being able to show up. When she graduates nursing school, when she gets engaged, to walk her down the aisle at her wedding, when she has her first baby, the list goes on. Adaira needs her father to be there. Adaira needs him to be able to show up as he always has. Adaira doesn't know life without him in it.

Brett is not a risk to anyone. He is not vengeful in any way. He holds no grudges. He doesn't have a mean bone in his body. Never has. Never will. That's just not who he is. He is a father, a son, a younger brother, a loyal friend, a police officer, a beat partner, a human being, a man of God. I pray, your honor, you will take all of these characteristics and stories, all of information you read in these letters of support about Brett, letters from the people who truly know him and love him, and see the man, the son, the friend, the father behind the badge who was caught in a split second incident that no officer would ever be able to train for let alone imagine being in. He was reacting in his own fear and was trying to do what he took an oath as a police officer to do - to protect his fellow brothers in blue. Thank you for your time.

"Blessed are the peacemakers for they will be called children of God" ~ Matthew 5:9

With Respect ~
Shannon Gresham


Sent from my iPhone

 Gmail

**Donald Malarcik <don@ohiodefensefirm.com>**

## Brett Hankison Letter of Support
1 message

**Emily David** <emilyadavid79@gmail.com>                                    Sat, Apr 5, 2025 at 10:40 AM
To: Don@ohiodefensefirm.com

The Honorable Judge Rebecca Grady Jennings,

My name is Emily David and I'd like to share with you about my friend, Brett Hankison. We met around 19 years ago through our mutual friend, Jason Schweitzer. It has been a joy over the many years as I've grown close to Brett and his daughter. We discovered that we grew up with similar Christian family values so we matched up in our beliefs around faith and relationships. The most important thing I want you to know about Brett is he has a strong Christian faith. He strives to honor biblical principles in the way he lives his life and in raising his daughter Adaira. Brett, Adaira and I have attended church together at Southeast Christian Church for years now. We have worshipped and prayed together and shared our lives.

In 2016, the mutual friend who introduced us, Jason Schweitzer was tragically killed by a drunk driver. Brett was present when the accident happened.  My heart ached for Brett because he witnessed the death of our best friend. Brett and I were both attendants in Jason's wedding and Brett was a pallbearer. It was an unbelievably difficult loss. In our grief, Brett often comforted me by reassuring me of our shared hope in Jesus and that we would see our friend Jason again in Heaven.  I have deep respect for his humble trust in the Lord, especially in a deep season of hurting.

I remember Brett as so energetic, witty and charming when we first started to bond but it was the first time that I saw him with his daughter Adaira that he really struck my affections. At the time, I worked at a hardware retailer and he showed up with a 2 year old blonde cutie to shop for a Christmas tree. He hilariously spoke to her like a little adult and I realized it was because she was so incredibly intelligent. Once when she was in middle school we were on our way to a baseball game stuck in traffic, in a vehicle full of friends he called to check on her at her mom's house. He was grilling her about her homework while the rest of us sang along to the radio and made plans for after the game. Brett put Adaira's needs above all else and he fostered her education. He drove an old jalopy Bonneville for a long time to save so he could partner with her mom to give his daughter a Christian school education. I entrusted Adaira at 19 years old, to care for pets, my plants and my home when I was out of town for ten days. Brett has raised a thoughtful, trustworthy young woman and she will be a talented nurse when she graduates college.

I've also known Brett professionally for my whole career in my work for the city of Louisville as a police dispatcher. We've shared countless interactions over the radio as he did his work. One thing that stood apart about him was his love for the job. He showed joy in his work serving and protecting. Truly nothing compared to the love he had for his K9 partner Franklin. Training and caring for Franklin was a 24/7 job and Brett was devoted to it. I've always known him to be a dog lover but being partnered with Franklin was his dream career position. Brett rarely was separated from Franklin and he treated him with dignity and respect as his partner.

Clearly, I deeply love and regard Brett as a brother. Our relationship is one of my most dearly held friendships. I hope this letter helps you know my fun and tender friend Brett.

Respectfully,
Emily David

The Honorable Judge Rebecca Grady Jennings,


My name is Chad Ray and I've been close friends with Brett for around 17 or so years. I first met Brett in 2008 when we were introduced by Brett's best friend, Jason Schweitzer. Jason and Brett began inviting me to hang out with them. We would go out on the weekends, tailgate at football games, and have cookouts and bonfires. Brett is significantly older than me and took on very much a "big brother" type role. He would always make sure that I was taken care of and safe. This big brother / little brother relationship has been a theme for our entire friendship.

As we got older, Brett's big brother role became less about having fun and more about me looking for advice. We would see each other frequently, but we would talk almost every day. This gave me a lot of time to run things past Brett. I was always impressed by his work ethic and how passionate he was about his career. I aspired to that same level of knowledge and proficiency in my career. Brett would always give job advice but when it came to me following my dreams of becoming a police officer, Brett did whatever he could to help. Brett took time out of his schedule and drove to Richmond KY, to attend my academy graduation in 2016. All of his guidance and support over the years has been incredibly beneficial to boosting my confidence and understanding. I think Brett is proud of me, and that means a lot to me.

Brett and I were together at a UofL football game when I met my wife for the first time. I think soon enough, Brett and I both knew that there was something different about her. Brett was one of the first people that I told, when I bought an engagement ring. Brett had been friends with my wife for several years, at that point, and was fully supportive. Of course Brett was a groomsman in my wedding, continuing to make sure that I was OK.

Brett was also one of the first people to find out that we were having a baby. I was terrified, but Brett assured me that things would be fine. I knew that I could trust Brett's "Dad Advice" because I had witnessed him be an outstanding father for the length of our friendship. I remember going to Adaira's birthday parties when she was very little. It is obvious to anyone that knows him, how much he loves Adaira. She is the most important thing in his life. You can also clearly tell how much Adaira loves her father. I think he has done a great job of raising her. He has made it a point to attend church with Adaira as much as possible. I know that his faith is very important to him and I believe he has passed that faith on to her. I know that he has also spent extra time teaching her life lessons. Brett taught her how to do basic maintenance on her vehicle and has given her countless other tips and lessons that have helped her become a strong and independent woman. Brett's relationship with Adaira's mother is also very impressive. I know how hard it is to raise a child with someone that I'm in a relationship with and live

with. Co-parenting like theirs really is hard to find, but I think that's a testament to how important family and responsibility is to Brett.

I could tell you countless other stories from Brett and I's friendship that is pushing 20 years in length. But most importantly, I'd like for you to know how important that friendship is to me. As we get older, our friend groups tend to shrink but Brett and I have always stayed close. I think that's because I know he is a true friend. I know that I can trust him and that he would never steer me in the wrong direction or put me in danger. I think that is a reflection of who he is as a person. He loves his family and friends. His faith is strong. He has a big heart. He is a good person!

I hope that you truly take these letters into consideration, and I appreciate that you have taken the time to read them. Thank you.

Respectfully,

Chad Ray

7/6/25, 2:38 PM                       ohiodefensefirm.com Mail - Letter of Support for Brett Hankison

 Gmail                                              **Donald Malarcik <don@ohiodefensefirm.com>**

## Letter of Support for Brett Hankison
1 message

**Shawn Hoover PA** <shoover651@gmail.com>                             Mon, Mar 10, 2025 at 11:11 AM
To: don@ohiodefensefirm.com

I am dealing with technical difficulties on my end to get my letter of support on an actual document to email. If you could copy and paste onto a document that would be great. Or, if this email is sufficient, that is fine, too.

Thanks, Shawn
-----------------------------------------------------

The Honorable Judge Rebecca Grady Jennings,

My name is Shawn Hoover and I am a friend, and former academy classmate, co-worker and supervisor of Brett Hankison. I retired from LMPD as a lieutenant in December of 2023. I have known Brett since 2002 when we served together in the Jefferson County Police Department Academy. Several years later we worked together as patrol officers and detectives. Brett was the most proactive officer I have known in my 21 years of law enforcement. He truly wanted a safer community in the areas he served. I would like to share my perspective of Brett.

Brett and I have daughters the same age. We both sent off our daughters to college in 2021. Brett's life has always revolved around his daughter, Adaira. We had many conversations over the years discussing our daughters current lives, their futures, and how terrifying it is to constantly worry about them and their safety. We knew we had to be more than just a good father. Adaira is his everything, and my three daughters are everything to me. I know what it means to have my daughters in my life and my daughters know the importance of having their father in theirs. Brett is an incredible, proud father.

Brett is a faithful man, with devout service of God. His service is not a recent dedication, he has been committed to his faith since I met him in late 2002. I have never shared a meal with Brett when he didn't bow his head and say a prayer before eating. He often talked about his hometown of Hamilton, OH, and his parents. Brett would often travel back home to visit his parents. Brett is a faithful Christian and devoted son.

I have not been able to stay in touch with Brett the last few years due to being a witness. I would often talk to mutual friends so I could stay updated on his life and how he was doing. It pained me to not be able to talk to him. Knowing a friend was at one of the lowest points in his life, yet, due to me not wanting to cause any potential conflicts, I didn't communicate with him. Brett had already grappled mightily for years with the loss of our friend and co-worker, Jason Schweitzer. Brett and Jason were best friends. They were standing on a street corner together when Jason was run over and killed by a drunk driver. This was in October of 2016, but it seems like yesterday to those who knew Jason, especially Brett. Brett is a loyal friend.

Brett would take in and foster numerous dogs in his home. He did this prior to and while also caring for a departmental narcotics detection canine. Brett is a very compassionate person who would care for several additional dogs until a home could be located for them. Brett did this for many, many years, until they were adopted into a forever home.

I thank you for the opportunity to tell you about the Brett Hankison I know, not all people know the true person. Over the years, we've laughed together, we've cried together. Brett truly is a good man, committed to his faith, family, and friends.

Sincerely,

Shawn Hoover

Dear Honorable Judge Rebecca Grady Jennings

I am writing this letter with a heavy heart on behalf of a remarkable man—Brett Hankison. I have had the privilege of knowing Brett for over 20 years, and in that time, I have come to know him not just as a dedicated public servant, but as a loving father, a loyal son, and a steadfast friend.

I vividly remember our first encounter at a Fazoli's restaurant, where Brett proudly introduced me to his baby daughter, Adaira, still nestled in her carrier. That moment marked the beginning of a friendship that would reveal much about Brett's character and his unwavering commitment to his family and community.

Throughout the years, I have worked alongside Brett in various capacities, but it wasn't until my transfer to the narcotics division in late 2016 that I truly came to appreciate his dedication to law enforcement. Brett's passion for his work remained undiminished despite the challenges and negativity that often accompany police work. Each day, he approached his duties with the enthusiasm and vigor of someone who had just begun their career. His infectious energy and steadfast commitment to making the streets of Louisville safer have left a lasting impact on those around him

Brett's compassion extends far beyond his role as a police officer. He has fostered and found homes for dozens of abandoned dogs, demonstrating his commitment not only to humanity but to all living beings. This profound love for animals showcases the depth of his character—a man who believes in making the world a better place, one act of kindness at a time.

Brett's admiration and love for his daughter, Adaira, have always been at the forefront of his life. He frequently shared stories of their adventures, from attending sports games to family trips, showcasing the strong bond they share. It is heartbreaking to witness the toll that the past five years have taken on both Brett and Adaira.

[Quoted text hidden]

*John Mattingly*

Keith Ford
PO Box 956
Versailles, KY 40383

To: The Honorable Judge Rebecca Grady Jennings
Re: Brett Hankison

Dear Judge Jennings,                                    February 11, 2025

Please allow this correspondence to serve as a Letter of Support for Brett Hankison.

My name is Keith Ford and I have known Brett for approximately 25 years. I first met Brett working at Lexington Division of Police when I was a detective and he had just been released from training.

As a detective, I relied on patrol officers to assist in investigations by performing patrol duties (knock & talks, traffic stops, search warrant assistance, etc.). Brett was a go-to. He was always reliable and dependable and took his responsibility seriously. Brett's work was exemplary and admirable.

As time went on, I was able to get to know him on a more personal level. We became friends and he then went on to join Louisville Metro Police. We remained in touch as he advanced in his career and became a father, by his account, his greatest achievement.

Since Adaira was born, Brett has been a devoted and supportive father. He has been a strong, stable influence and supporter. Adaira has grown into a successful young woman as a result.

Brett has been a good friend, available to help when called upon. He also has been supportive to me in personal times of crisis – work related setbacks, divorce, and other issues that have come up throughout the course of life. He has been a good friend and I believe he would say the same about me.

We appreciate any consideration in this matter. Thank you.

Very Respectfully,


Keith Ford

To:         The Honorable Judge Rebecca Grady Jennings

From:       Derek Brooks

Regarding: Letter of Support Brett Hankison

Date:       March 10, 2025

My name is Derek Brooks and I have known Brett since July 1999 as a fellow law enforcement officer; but, more Importantly, close friend. We met while both waiting for the psychological exam for Lexington Police Department. After a boating conversation in the waiting room, we were both hired; bonded in the police academy, both moving to new cities, living a mile apart and working together. We both purchased lab puppies, my Baxter, yellow and his Aria, black. We stayed close working, socializing and assisting each other with dog needs.

I remember when Brett met Shannon, his daughter's mother, in Lexington along with his wonder and excitement at finding out he was going to be a father. Brett and Shannon co-parented in a way that should be modeled, and I have watched Brett be a very active father! It's a testament to say they never decided on child support; they both took care of Adaira! Brett is the father that drops off flowers to Adaira at school on Valentine's Day. He is involved in her daily life, and she has been a constant joy to him.

Brett and I lateralled from Lexington Police Department to Louisville Metro Police Department at the same time. In fact, since our date of hire in policing, we have served in the same platoon our entire careers. Since meeting, Brett has been one of my closest friends through the years. He attended my wedding, celebrated my children's birth, vacations with my family, to include my parents and sister. Brett attends lake weekends with my family. My wife has cleaned Adaira's teeth all her life. Our lives are forever intertwined.

Most people don't get see the religious side of Brett; however, he has attended Southeast Christian Church for years and relies on his faith for guidance. During the past several years, when asking Brett what the Brooks family can do for him, his reply has been the same, "keep me in your prayers and take care of my child if something happens to me!" He has maintained his love of family and friends as well as his beloved career choice throughout this entire situation.

In closing, Brett is not just a colleague, I trust him with my life. He is my brother; I love him, and my entire family does as well.

Wesley Z. Troutman
Written on March 13, 2025

**The Honorable Judge Rebecca Grady Jennings**
US District Court for the Western District of Kentucky

Dear Judge Grady Jennings,

My name is Wesley Troutman. I am a police officer and former co-worker of Brett Hankison. I first met Brett in 2013 while I was a recruit in the Louisville Metropolitan Police Department Training Academy. Brett had volunteered to help our academy class with practical training exercises. Brett's strong work ethic and commitment to the training of new officers left a strong and lasting first impression on me.

As my career progressed, I had the opportunity to work with Brett often. In 2016, I transferred to the Metro Narcotics Unit, where Brett was already assigned. Much like the man I met in 2013, Brett still had that same strong work ethic. For a few years, my desk was directly next to Brett's. Many times, while working at my desk, I would hear what police refer to as "the tones" on the radio. This is a loud set of tones that are transmitted across the police radio before serious calls for service such as officers in trouble, shootings, robberies or kidnappings are dispatched. Not just sometimes, but every time that I heard those tones, I could count on looking up and seeing Brett strapping his vest on and running out of the office with his K-9 partner, Franklin, to go uphold his oath. Brett was truly an outstanding policeman

More important than his role as a policeman for nearly 20 years, Brett is a man with incredibly strong faith in God. Brett is a dedicated father, son and friend. In my years of knowing Brett, I have always known that his number one priority in life is his daughter. He worked overtime and made countless sacrifices to ensure that his family was well provided for.  Brett recently lost his father and has spent a large majority of the last few years caring for his mother.

A split-second decision during a nightmare that no policeman ever wants to live is what brought Brett to this courtroom, where Your Honor will ultimately decide his sentence. Brett has spent his life helping others. This world is a better place with Brett in it. It is with the utmost respect for this court that I submit this letter asking that during sentencing in this matter, Your Honor take into strong consideration the many positive impacts that Brett has had as a faithful public servant.

Repectfully,

Wesley Z. Troutman

Wesley Z. Troutman
Written on March 13, 2025

**Brenda Harral**
3206 Wynbrooke Circle
Louisville, KY 40241
March 9, 2025

The Honorable Judge Rebecca Grady Jennings

Greetings,

I am writing this letter in support of Brett Hankison. Brett is my very dear friend, and we met when I was appointed to the Louisville Police Merit Board (PMB) in 2010. My seat was next to him at Board meetings and hearings until his departure in June, 2020.

Brett was the Fraternal Order of Police representative to the PMB and was elected to that position by his peers. We spent a great deal of time together, initially due to the demands and responsibilities of the PMB, and became friends as well as associates. While the Board heard many, many cases, over these years, Brett was always very attentive and an excellent participant in the hearings, and never lost his focus. He was a most helpful example for those of us less experienced in these matters. Of all of the police officers that I served with, Brett is undoubtedly the most knowledge of LMPD policies and procedures, and he carried out his duties with compassion for all.

One doesn't have to know Brett long to learn of his dedication to and love for his family, and that their lives are centered on their deep faith and religion. He has raised a lovely daughter who is the light of his life and possess Brett's same strength of character and Christian values. He has been an active participant in the care and support of his aging parents, and he suffered a devastating loss of his father last year. Brett is not afraid to give credit to his faith for helping him through the challenges of the past few years, both professionally and in his personal life.

Brett Hankison is a fine person and officer, and he has received many commendations as a member of the Louisville Metro Police Department. He is a good citizen, son, father, and friend.

Thank you for your consideration of my heartfelt support of Brett Hankison.

Respectfully,

*Brenda Harral*

**Brenda Harral**

The Honorable Judge Rebecca Grady Jennings,

Your honor, I thank you for your time in reviewing this letter and just wanted to make the court aware of the true respect, graciousness, and gratitude that I have for having Brett Hankison as a friend and former co-worker.

I entered the Lexington Police Dept. training academy in 2001 after having moved to Lexington, Ky and faced the difficulties related to moving to a new town while knowing no one, along with the stress of completing an intense police academy. After graduating the academy and beginning the solo phases of policing in Lexington, I was partnered with then Lexington Police Officer Brett Hankison. Bret was extremely supportive as a new partner, taking the time to teach me how to pro-actively enforce the laws while demonstrating how to kindly treat and support the citizens of Lexington. During my partnership with Brett, he taught me how to treat individuals with kindness, compassion, and to always be professional explaining that your reputation in law enforcement would stay with you throughout your career and lifetime.

Along with his willingness to take on the "new guy" and teach me how to successfully navigate my way through a law enforcement career, Brett also took the time to introduce me to different individuals socially as I knew no one in the city, which included my now wife and the mother of our two children. During this tough time in my life, Brett was always supportive and a great friend to rely on both socially and professionally. As my career began and continued with the Lexington Police Dept., I never forgot the tips and work ethic that Brett taught me in my early years, which assisted me in having what I felt was a successful career including being named the 'Police Officer of the Year' in 2009, 'Detective of the Year' in 2015, receiving numerous awards from the Commonwealth of Kentucky, and being selected for numerous detective positions including Major Violator Unit, USSS Task Force Officer, and Intelligence Unit.

As I began to navigate my career through law enforcement in the early years while in Lexington, Brett and several other well-respected officers left to begin their career with the newly created Louisville Metro Police Department directly following the city's merger. After leaving Lexington PD, I continued my friendship with several of the officers, but mostly retaining Brett as one of my closest friends. During my years as a Lexington Police Detective in the Special Investigations/Intelligence Unit and as a task force officer with the United States Secret Service, my partners and I commonly worked both state and federal cases with the FBI, DEA, ATF,  that commonly required on us to rely on our partnership with Brett to assist us when our cases lead us in to the Jefferson County jurisdiction. During

these years, Brett was always willing to use his networking skills and professional knowledge to assist all of our partners in Central Kentucky with what ever was needed in his jurisdiction, becoming an invaluable resource for numerous agents and detectives.

As I look back on my career and life that I have built in Lexington, I don't personally believe that I would have been able to celebrate my upcoming 19th year anniversary with my beautiful wife, would have not been able to enjoy my two beautiful daughters daily, and would not have been as grateful as I am to have had such a reliable friend as Brett.

After retiring from the Lexington Police Dept. in 2018, I took on a new career as an investigator for the Commonwealth of Kentucky, which allowed me to be named 'Investigator of the Year' in 2021. On a professional level, I do not believe that I would have been as productive and successful as I have been as a law enforcement officer had Brett not taken the time and effort to teach me the importance of professionalism, patience, and stressing the importance of being kind to others.

It is my hope in writing this letter that the court take into consideration the long-lasting effect that Brett has made not only on my life, his co-worker's lives, his co-workers around him in the Louisville Police Department's lives, his family and friend's lives, those of the citizens of Lexington and Louisville while being allowed to do so in a professional capacity, and most importantly his daughter's life. Brett has always demonstrated to be a compassionate and supportive father to his daughter, and has always worked hard to keep a strong relationship with the mother of his child, who has also shown great support for him through these trying times. It is my belief that the support that has been shown to Brett is not that of individuals supporting a cause or belief, but that of those that know the true character and heart of Brett Hankison.

Thank you again for your time.


Respectfully submitted,

Kevin Duane

Kim Burbrink

Louisville, Ky 40299

KimBurbrink@yahoo.com

February 6, 2025

To Honorable Judge Rebecca Grady Jennings,

I have known Brett Hankison for twenty-two years. We worked together at LMPD since he joined the
department from Lexington PD. We were not only co-workers, we became dear friends.

During the time I have known Brett he has been passionate about seeking justice and particularly ardent
in regards to removing poisonous narcotics from our community. I witnessed him come to work
everyday with an impassioned vigor to remove those who wished to transgress the laws by which our
community was built and intended harm on innocents.

Aside from dedicating his life to law enforcement, I witnessed Brett as a loving father to his little girl. She
means the world to him and every extra job he worked and hour of overtime he volunteered was
intended to provide a better life for her.  Brett raised his daughter as a single father in partnership with
her mother. He exhibited a positive and loving example to his daughter through his successful co-
parenting with her mother and displayed the utmost respect and care despite his relationship with her
mother not working out. I do not know of Brett ever missing a school function or sporting event in which
his daughter participated. He truly loves her more than himself.

Brett believes in Jesus Christ and lives his life's purpose as a protector and guardian for the weak, human
or otherwise. I witnessed Brett take in shelter dogs to foster and nurture until they could find a loving
home. He even adopted one of them himself.

Brett frequently went out of his way to support those he cares about. He attended many functions and
fundraisers to support officers and their families in times of need. Brett even experienced tragedy
himself when he was present the night his very best friend was struck and killed by a drunk driver while
standing on the sidewalk. Brett did not let life's hardships poison his spirit or harden his heart.

Brett is a good man, father, friend, and protector. He deserves to continue to provide light into this dark
world. He is a dedicated family man and we all love him dearly and support him with every fiber in our
being. Thank you for your time and consideration in pursuit of a just conclusion for Brett Hankison.

Sincerely,

Kim Burbrink

 Gmail                                        Donald Malarcik <don@ohiodefensefirm.com>

## Hankison letter
1 message

**Matt Bower** <6821bower@gmail.com>                                Sun, Feb 2, 2025 at 6:45 PM
To: "don@ohiodefensefirm.com" <don@ohiodefensefirm.com>

The Honorable Judge Rebecca Grady Jennings,

My name is William Bower and I am writing to you to express my support for Brett Hankison. I have known Brett for over 20 years, we met while working in Charlie District for the Jefferson County Police Department. Brett and I have a long history of working together over many years and our last assignment was both in the Criminal Interdiction Division. More importantly I consider Brett a close personal friend and we have been to each other's homes numerous times for various events. Brett actually resurfaced my basement bathroom floor for me after a flood and didn't ask for anything in return. I was involved in a serious car accident in 2007 and Brett was at the hospital often and shed tears with my wife when my survival was in question. Brett's mother, whom I have never met, made me a prayer blanket during this time and I know those prayers were answered. This is the foundation Brett comes from and I've seen him passing these kinds of values on to his daughter as her soccer coach and spiritual leader at church. Throughout this case I've seen Brett's faith grow even stronger and he is set to attend a retreat in February that I will be staffing. Your Honor it is my prayer that when sentencing comes you will give Brett the opportunity for probation, he will have the support of my family along with his and a long list of friends, Brett's never met a stranger.

Respectfully,
William Bower

Dear Honorable Judge Rebecca Grady Jennings,

My name is Doug Richardson, & I have known Brett Hankison for the last twenty-two years. We first met when I was hired to be a cadet, or intern, by the Louisville Metro Police Department. My first two weeks of employment consisted of joining the police recruits during their ongoing academy training. This is where Brett almost immediately took me under his wing. Most cadets are viewed as "beneath" recruits; the lowest on the proverbial totem pole. This is mainly due to the fact that my employment was conditional, and many did not successfully proceed into an actual career in law enforcement. Brett put himself out there--when most did not—and became my unofficial mentor.

Brett began his policing career in what was known as Charlie District upon completion of the academy. This would be the same location I was stationed as a full-time cadet. One of the "perks" of my position was doing frequent ride-alongs with other officers. I thoroughly enjoyed getting out of the office and my administrative duties to see what really being on the street was like. As I mentioned before, my position wasn't really respected and most officers didn't want some young naïve kid riding in their car throughout their shift. Unfortunately, I ended up riding with officers that were usually not very motivated, unknowledgeable, and/or under disciplinary sanctions. Brett took notice of this and took it upon himself to show me how to be a real policeman regularly volunteering to take me on ride-alongs.

One of my job responsibilities was to check, record, and/or make corrections of officers' paperwork before being submitted for approval. I had already noticed the work ethic and quality of Brett's work. He may have been the only officer that needed zero correction and/or motivation. I admired the effort and acumen Brett possessed, and was really fortunate to have learned directly from him. We both continued our careers with LMPD going in separate directions and assignments. I chose to spend my entire career in patrol, most likely due to my childhood fascination for wearing the uniform/belt along with the police car with lights/sirens. Unfortunately, being a policeman transitioned into a "job;" no longer a passion.

Brett chose a much different path--a much more honorable path. He went after the most dangerous criminals in our city. I never saw him relent in his true desire to protect the people of Louisville. He was known for never turning a blind eye to criminal activity, no matter the circumstance. His passion, knowledge, and spirit for policing were widely-respected and envied. For his entire career, Brett made a difference. It breaks my heart that this true calling was taken away from him. As a fellow man of God, and for the sake of his beloved daughter and loved ones, I beg you for mercy over this singular perceived transgression. I do not believe that a lifetime of putting other's well-being ahead of his own should be outweighed by a singular split-second decision.

Sincerely,

Doug Richardson (retired)

 Gmail

**Donald Malarcik <don@ohiodefensefirm.com>**

## Brett Hankison's letter of support from Cheryl Ray
1 message

**cheryl ray** <cray6281957@att.net>                                                           Sun, Feb 23, 2025 at 8:17 PM
To: "don@ohiodefensefirm.com" <don@ohiodefensefirm.com>

The Honorable Judge Rebecca Grady Jennings,

My name is Cheryl Ray and Brett is a very good friend of my son, Chad. Brett has always been a loyal, supportive and dependable friend to Chad. Brett was also a groomsman in my son's wedding and we consider him family.

I have known Brett for over ten years. I find him to be a quiet and private person. He has always been polite and respectful to me. Brett is a faith-filled person.

He has a daughter, named Adaira that I know he adores! He has always tried to spend as much time as possible with Adaira, and been there to offer advice and guidance as she grew from a little girl to a grown young woman. I know it pains him that she has suffered through these times as well as other members of his family.

He has a passion for his job as a police officer. A police officer's job is a calling, like that of a minister or a doctor. They all have the desire to protect, to serve and to help. That is Brett!

He took pride in his job and it always brought a smile to his face if he was asked to share some experiences or lessons learned on the job!

At one time, maybe his schedule has not allowed lately, but Brett fostered dogs while they waited to be "adopted" or "rescued". That kind of commitment takes a special kind of person. Someone with compassion and the desire to protect and to help. That is Brett!

To say simply that he is a good human being, just doesn't seem like enough or seems like a cliche'. But how does one find the right words to describe one of God's creations? He is not perfect, none of us are, but Brett's heart and Brett's soul are good, there is no malice, no evil, no intent to harm. So again I say, Brett is a good human being!

I am proud to know Brett and he will always have my love, my support, and my prayers!

To The Honorable Judge Rebecca Grady Jennings,

My name is Alice Hoffer and I have the pleasure of knowing Brett through my nephew Chad.  They have been long-time friends and Brett is a part of the family.  Brett is a kindhearted, private in nature person and loyal friend to my nephew.

In the times we have shared celebrations, Brett is always polite, well spoken, respectful and thoughtful of those of us at an older age.  This may be in part out of his love and respect for his elderly Mom, with whom he visits regularly. To have a caring son like Brett around to visit and assist his mom is a true blessing for her.

Brett is an honest man with much integrity and to whom I hold a great deal of admiration and unwavering support.

God is an integral part of Brett's life and is displayed through his acts of kindness and the love he shows for his mom and daughter, Adaira.  Brett is a responsible and present parent who provides guidance and support for Adaira; which all (children) young adults need throughout their lives. God blessed him with a loving family and he gives his love back freely.

His compassion and gentleness in fostering God's creatures (dogs) are amazing.  It takes time, patience, tenderness and sacrifice.  Again, not an easy task to take on, but with his unselfish nature, it fits him.

I humbly ask for mercy for Brett to allow him to continue to freely follow in God's path where he is most needed especially for his mom and Adaira.


Kindest regards,

Alice Hoffer

 **Gmail**                                    **Donald Malarcik <don@ohiodefensefirm.com>**

## Letter for Brett
2 messages

---

**Katie Embry** <katieembry87@gmail.com>                          Tue, Mar 11, 2025 at 8:55 PM
To: Don@ohiodefensefirm.com
Cc: bretthankison@gmail.com

Dear The Honorable Judge Rebecca Grady Jennings,

My name is Katie Embry, and I met Brett about 15 years ago as he is one of my older brother's best friends. Throughout the many friends of my brother's that I have met in life, only two are those I would consider to be like a bonus big brother to me, and Brett Hankison is one of those two individuals. Brett is loyal, dependable, and caring. He loves the people in his life and is someone you can count on. I know that if ever in need of help or support he is just a phone call away. I watched him be a mentor to my brother, Chad, as Chad became a police officer. I have seen him as a loving father to Adaira, who is his world. Brett is such a compassionate person and this has shown true not only as he was proud to protect and serve our community as a police officer, but also as he fostered dogs for years ensuring they were well taken care of and trained before finding their forever homes. He is a helper and a doer, wanting to leave things better than he found them. Brett is a man of faith ,and maintaining a relationship  with God has always been not only important to him personally, but also in how he has raised his daughter. Brett is a good person. I have seen this throughout all the years that I've known him. He is someone I am thankful to have in my life, thankful to have as just a phone call away whenever needed, and thankful to have as someone I consider a bonus big brother. Thank you for taking the time to read my letter as I share about Brett and how I have been blessed to have him as a person in my life.

Sincerely,
Katie Embry

---

**Katie Embry** <katieembry87@gmail.com>                          Tue, Mar 11, 2025 at 8:55 PM
To: Don@ohiodefensefirm.com
Cc: bretthankison@gmail.com

[Quoted text hidden]

The Honorable Judge Rebecca Grady Jennings,

I am honored to provide this character witness statement for Brett, a man of unwavering integrity, honor, and steadfast loyalty. I have had the privilege of knowing Brett for over a year as my sister's boyfriend, and in that time, I have witnessed firsthand the values that define his character.

Brett is a devoted family man who consistently prioritizes the well-being of his loved ones. His commitment to his family is evident in his actions—always present, always supportive, always putting their needs before his own. He leads with kindness, responsibility, and a deep sense of duty, ensuring that those around him feel safe and valued.

Beyond his role as a family man, Brett has also demonstrated an extraordinary dedication to his community through his service as a police officer. He wore the badge with pride, upholding the law with fairness, compassion, and an unwavering sense of justice. His time in law enforcement showcased his courage, selflessness, and commitment to protecting and serving others. He treated people with respect and dignity, placing duty first and people always.

Brett's integrity is unwavering; he stands by his principles even in the face of adversity. He approaches challenges with wisdom and fairness, making decisions that reflect his strong ethical foundation. His loyalty is not just a quality but a defining aspect of his character; he is the person people turn to when they need support, guidance, or a voice of reason.

I wholeheartedly attest to Brett's exceptional character. He is a man who embodies honor, dependability, and an unwavering commitment to doing what is right. I have no doubt that anyone who has the privilege of truly knowing Brett would say the same.

Sincerely,

Jeffrey Chaney

The Honorable Judge Rebecca Grady Jennings

My name is Connie Brown and I and my family live in Knoxville Tn. I am concerned about the issue with my sister's son, Brett Hankison before you in your courtroom.

His father, mother and two brothers were all raised in the Christian faith. His father and two brothers served in the Army. His father retired after 20+ years and worked in his hometown afterward - handyman, Sherifs office among other various jobs. His mother had a home childcare position until she retired.

His oldest brother is retired for the Army with a severe service-related disabling injury and his other brother is also retired with medical issues. This brother is now assisting those in nursing homes and is a minister in a small local church.

He has a daughter who is in Nursing training with excellent grades and is co-parenting her while she works part time until her graduation.

While growing up in high school he was very popular and played baseball and football. After High School, he graduated from the University of Cincinnati and then became a Police Officer in Lexington Ky. He transferred to Louisville Ky as an Officer in drug enforcement and a K-9 handler. He also worked part time in associated positions.

Brett's father passed away 5/30/2024 and he is assisting his mother with her loss and assisting her with health problems. He travels frequently from Louisville to assist her and do all he can to assure her of the best quality of life possible.

Since I live in Tennessee with age related problems, I cannot make the trip as frequent as desired however I do talk to my sister almost every day to give her the moral comfort and assurance a sister can provide.

With that I would appreciate if you gave Brett all the consideration possible as you make the final assessment of this case.

Respectfully yours

Connie Rae Brown
5720 Waynewood Rd.
Knoxville Tn. 37912

March 12, 2025

Dear Honorable Judge Rebecca Grady Jennings,

I am writing to you with the utmost respect to share my thoughts and experiences regarding Brett Hankison, a friend I have had the privilege of knowing for nearly 40 years. I understand that you are considering matters regarding sentencing, and I hope that my insights into his character may assist in your deliberations.

Brett aspired to work in law enforcement for as long as I can remember. I can't recall him ever considering another career path – and this desire to one day uphold the law and protect others guided his actions throughout our younger years. We dated for eight years, and he was my best friend and like a son to my parents. They still remind him how grateful they are to him for keeping me safe and on the right path throughout my high school years. There were countless times I could have found myself in a bad situation, but with Brett by my side, knowing one misstep or mark on his record could keep him out of the Police Academy, he helped me navigate the straight and narrow path and stay out of trouble. Brett set himself apart as someone of exceptional moral character. In an environment where it was often easy to succumb to peer pressure or take the wrong path, he consistently chose to uphold integrity and do the right thing. Teachers and peers alike held him in high regard, and his actions reflected a maturity and responsibility beyond his years.

Today, Brett is a deeply religious and devout individual whose faith forms the foundation of his principles and actions. His dedication to his beliefs is evident in the way he treats others—with compassion, honesty, and respect. These values he harnessed early in life continue to guide him and are reflected in his exemplary role as a father. His absolute devotion to his daughter is truly inspiring. He consistently prioritizes her well-being, providing unwavering support and guidance to help her succeed academically, professionally and personally. He is not only a loving and attentive father but also a pillar of strength for his recently widowed mother. Family holds a central place in Brett's life.

Brett's thoughtfulness, honesty, and reliability are traits that have earned him the admiration and trust of many, including myself. I continue to be impressed by his ability to approach challenges with integrity, fairness, and a deep concern for the well-being of others. He consistently demonstrates a commitment to living an honorable and ethical life, positively impacting those around him. Watching his world crumble and his lifelong law enforcement dream come to an end has been heartbreaking, but seeing him continue to remain strong for his family has been inspiring.

I cannot begin to understand the weight of the decision before you. Thank you for taking the time to consider this letter, and I hope it provides some perspective on Brett's character and the values he upholds.

Sincerely,

Jessica Hall

 **Gmail**                                                         Donald Malarcik <don@ohiodefensefirm.com>

## Brett H
1 message

**shelby Allen** <shelbyloo91@yahoo.com>                                    Fri, Feb 14, 2025 at 8:24 PM
To: Don@ohiodefensefirm.com

Dear The Honorable Judge Rebecca Grady Jennings,

My name is Shelby Guest and Brett Hankison has been my neighbor for 5 years. I am writing to share how Brett is a very loving, compassionate, and spiritual person.

Brett has made my children feel so loved. Our kids get to see a man that is outside our family love on them. I can only imagine how great of a dad he was for his now adult daughter.

On 12/2 my husband and I lost our baby boy who was born at 22 weeks. Brett just loved on our family. He offered to do anything and everything so that my husband could be with me in the hospital worry free. Whether that was watching the kids, letting the dog out, or simply checking our mail. When I got to come home he was there to welcome us and pray for us.

Thank you for reading my letter,
Shelby Guest
Sent from my iPhone

7/6/25, 2:53 PM                                      ohiodefensefirm.com Mail - Brett H

 **Gmail**                                    **Donald Malarcik <don@ohiodefensefirm.com>**

---

## Brett H
1 message

**Adam Guest** <aguest108@gmail.com>                          Fri, Feb 14, 2025 at 8:09 PM
To: Don@ohiodefensefirm.com

Dear The Honorable Judge Rebecca Grady Jennings,

My name is Adam Guest and Brett Hankison has been my neighbor for 6 years. I knew him before and after everything. I want to write this letter to share how compassionate and loving he is.

Brett has been the guy that will make time to help you out. He has seen my family as an extension of his own. He has been there to care for our children and our dog. He has fostered and trained countless dogs for people with disabilities or ptsd.

The biggest thing he has done to show compassion is supporting and praying over our family when my wife gave birth to our son who was stillborn on 12/2. He has suffered through so much heartache between the last few years and losing his dad, but he made time to help give me and my wife peace during our heartbreak. He offered to watch our children while I was with my wife in the hospital. He made sure I could be there for my wife.

I hope this little glimpse into our relationship with Brett can bring some clarity to his character.

Thank you for your time,
Adam Guest

**Re: Sentencing Consideration for Brett Hankison**

Dear Judge

I am writing to you as Brett Hankison's older brother, humbly requesting your consideration for granting him probation in his case. Our family has endured significant hardship over the past few years, and I am hoping you will take these circumstances into account when making your decision.

First and foremost, I want to acknowledge how difficult this case has been for everyone involved—the court, the community, and especially any victims and their families. I recognize the gravity of this matter and the pain it has caused, and I do not take that lightly. My hope is only to provide some perspective on Brett's character, his lifelong commitment to service, and the circumstances that my family is facing.

Brett has always been a dedicated, hardworking, and honorable man. He served as a police officer for many years, committed to protecting and serving his community with integrity. Throughout his career, he was never in trouble or accused of misconduct before this case. His record speaks to his character—a man who has spent his life doing the right thing and putting others before himself.

Even from a young age, Brett was a natural leader. In school, he was an excellent student and an athlete who always worked hard to better himself and his team. He was well-liked and respected by his peers and teachers, not just for his achievements but for his kindness and willingness to help others. As a son and brother, he has always been loving, responsible, and supportive, especially in difficult times.

Our father passed away last year, and our elderly mother now needs daily care. In addition to caring for her, Brett has also been an essential source of support for me. I am a disabled, decorated war veteran confined to a wheelchair, and I rely on him in many ways. As much as I wish I could handle everything on my own, my physical limitations make it extremely difficult. Brett has been there for me and our mother without hesitation, ensuring we both have the care and assistance we need.

Losing Brett to incarceration would place an overwhelming burden on our family, making an already difficult situation even more heartbreaking. He has already suffered greatly because of this case—personally, professionally, and emotionally. I truly believe he never intended harm and that he remains a person who wants to contribute positively to society. Given his character, history of service, and our family's circumstances, I respectfully ask for your leniency in sentencing and request that you consider probation.

I deeply appreciate your time and consideration in this matter, and I know the weight of the decision before you is not an easy one. Thank you for hearing me out and for taking into account the challenges our family is facing.

Respectfully,

Brian Hankison

Amy Black
929 Old McArthur Road
Logan, Ohio. 43138

February 13, 2025

The Honorable Judge Rebecca Grady Jennings
601 West Broadway
Room 262
Louisville, Kentucky. 40202

Dear Honorable Judge Rebecca Grady Jennings,

My name is Amy Black and I live in Logan, Ohio. I am a Family Nurse Practitioner in the area and am currently serving my second term on the Logan-Hocking School District Board of Education. I also currently serve as a trustee on the Logan-Holl Foundation and I am a member of St. Paul's Episcopal Church. I am writing on behalf of Brett Hankison.

Brett and I met in the 1st grade. Growing up we were active members of the same church, Trinity United Methodist, in Logan. We completed confirmation class together. I have many fond memories of Brett throughout school and into adulthood. We are both lucky enough to be part of a tight-knit group of high school friends. There are about eight of us that have remained close and to this day get together one or two times per year. We have watched each other's children grow up and now follow the trials and tribulations surrounding our aging parents.

I have always been impressed with Brett's dedication and loyalty to his family and his faith. He makes regular trips 'home' to Logan to visit his mom (unfortunately his dad passed away about a year ago). He has always been a fantastic father to his beautiful daughter, Adaira. I always knew that around the end of August, Brett would be home to celebrate his dad's birthday. I know that on Christmas Eve Brett will be coming to town with his daughter to spend the holidays with his family.

Brett Hankison's love and dedication for his family and his friends is a quality that I admire greatly about my longtime friend . Please do not hesitate to contact me with any further questions or supporting information. I am more than happy to help.

Best regards,

Amy (Enderle) Black, MSN FNP-C
ablacknp@gmail.com
740-603-9174

Treva Elizabeth Werner Franklin

20 Braxton Court

Simpsonville, Kentucky 40067

treva.werner@hotmail.com

502-644-1301

February 11, 2025

The Honorable Judge Rebecca Grady Jenkins

United States District Court for the Western Division of Kentucky

Gene Snyder United States Courthouse

601 West Broadway

Louisville, Kentucky 40222-2227

Dear Judge Jennings,

I hope this letter finds you well. I am writing this letter to express my support for Brett Hankinson. I have known Brett for over ten years. It would be easy to just say he's a friend BUT he is more like a brother to me.

Brett is a hard-working, dedicated, loyal and honest man. He is highly devoted to his family, especially his daughter, Adaira. Brett is a HUGE part of Adaira's life. Brett and Adaira enjoy working out together, going out to eat, talking or texting about EVERYthing, etc... Brett has instilled his value of hard work and perseverance in his daughter. (She is a full time nursing student who maintains an incredible GPA and works 20+ hours a week.) They truly have a special bond.

Brett is not only devoted to his family, he is also dedicated to his church, Southeast Christian.  Brett attends most Thursday nights at S.E. accompanied by family and friends. He is easy to find on any given Thursday night as he always sits in the SAME pew. Brett's faith has not only served him well but is a constant reassurance to all of us who love him.

Sincerely,

Treva Werner Franklin

To : The Honorable Judge Rebecca Grady Jennings,

My name is Todd Langmeyer, I have known Brett for over 25 years and I would like to submit this letter in support of Brett's character.

I first met Brett while he was attending the University of Cincinnati and he applied for a Loss Prevention job at J.C. Penney. At the time I was the manager of Loss Prevention at J.C. Penney, and I along with a Loss Prevention Officer, interviewed Brett. Brett was well spoken and professional during his interview and was selected out of all the applicants for the job.

My experiences with Brett as a Loss Prevention Officer at J.C. Penney were very positive. Brett became a leader within the division due to his intelligence, observation skills, and character. Brett was always dependable, made good decisions, and was well liked among his coworkers. Brett was easy to get along with and soon became a friend to all his coworkers including myself.

Eventually, Brett and I started to become friends outside of work. One time, we went on a hunting trip to Brett's hometown. While there, we spent time with Brett's mom and dad as well as his cousins and good friends. I got to see the close-knit family and childhood friends that Brett grew up with and had influence on him. During that trip I could see why Brett was so grounded and and just a genuinely great individual. I could see that Brett's reasoning for getting into law enforcement was based on his upbringing, an upbringing that influenced Brett to be a helpful and honest person that is well grounded in family, friends, and the sense of community.

After graduating from the University of Cincinnati, Brett received a job offer at the Lexington Police Department. Brett and I stayed friends after he moved to Lexington to become a Police Officer. I myself had moved into law enforcement and Brett often called and talked to me while he was in the police academy, and in the early years of his law enforcement career. Brett and I shared stories to learn how things were done within each others agencies. This helped us broaden our knowledge of law enforcement in the early part of our careers. I even went to Lexington for a "ride along" with Brett. During the visit I could see that Brett had grown into an excellent law enforcement officer with the potential for higher rank. Brett was still that grounded person that wanted to help, but I could also see he had the potential to be more than a uniformed street officer.

Since this trial began, I have read articles that describe a person that is not who Brett really is. Brett is still a guy that wants to do the right thing. He is still grounded in the sense of helping the community as well as family and friends. I hope you can see the good in Brett and will take those into consideration.

Respectfully,

Todd Langmeyer

The honorable Judge Rebecca Grady Jennings,

My name is Jennifer Mellinger, Mr. Brett Hankison has been a lifelong friend of mine and is now someone I consider a family member.  Brett and his family lived down the street from mine when we were growing up and there were always children at his house because his mom babysat for children in our neighborhood.  Later in my adult life, we would see each other out and about when he would be home visiting his family and is the best friend of my husband, Matt.  Our two daughters look up to Brett so much and consider him as "Uncle Brett."

Brett is an exquisite human being, willing to help someone in need, and would be there for anyone in a minute.  He's a devout Christian who believes that God will help you through anything.  He doesn't miss attending a church service for anything.  No matter where he is, he will find a church and attend, be present and worship God.

Every year, our family along with Brett and Adaira, his daughter, take kayaking trips along the Hocking River in our hometown of Logan, Ohio other wise known as the Hocking Hills region.   It never fails, yearly, when we stop to have our lunch that we pack, we always and up saving a family or children from the rapids.

Brett's daughter Adaira is his world and has been there for every sporting event she's ever had, every academic advance she's gone through and much more.  She is his light, his everything and his world.  He has taught her right from wrong, basic life skills and how to grow up in an era where social media can ruin everything and he has even helped my husband, and I navigate this same life for our two daughters.

Brett has always been very close with his family and recently his father passed away.  To see him rush home and be there for his mother, whether it was helping her do things around the house both inside and outside, taking her to dinner or just being the most amazing son has truly shown his true character in my eyes.  The compassion he has shown for his family not just in these most tender moments but over the years, would absolutely warm your heart if you knew what a genuine person he is.


Respectfully,

Jennifer R. Mellinger

Matthew Chaudoin
4600 Shelbyville Rd.
Unit 7486
Louisville, KY 40257

March 9, 2025

The Honorable Judge Rebecca Grady Jennings
United States District Court
Gene Snyder United States Courthouse
601 West Broadway
Louisville, KY 40202

Dear Judge Jennings:

I write this letter with profound respect for the Court and in support of my long-time friend, Brett Hankison. Brett and I have been close friends for nearly 18 years. During this time, I have come to know him as a man of unwavering character, deep compassion, and steadfast loyalty. Through our friendship, I have witnessed his generosity, kindness, and commitment to those around him.

Brett is a devout Christian whose faith serves as the foundation of his life. His dedication to serving others spans more than twenty years, during which time he has made a lasting impact on countless individuals through his selfless and heroic actions. He has shown tremendous compassion, always willing to help those in need without hesitation.

Brett is a devoted father. He remains committed to providing the love, guidance, and support that only a dedicated parent can offer. His role as a father is one he takes very seriously, and he remains a source of strength and stability for his family.

Brett's lifelong dedication to serving others, his kindness, and his commitment to being a father reflect an individual of rare virtue. He has positively influenced countless lives through his actions and continues to be an essential figure in his family and community. I am honored to know him and to have witnessed firsthand the profound difference he has made in the lives of loved ones and strangers alike.

I thank you for your time and consideration of this letter in support of Brett. I respectfully urge the Court to weigh the totality of the man before you—his decades of service, his unwavering dedication to others, and his steadfast moral character. While this case presents difficult decisions, I trust in the Court's commitment to fairness and justice, and I hope that Brett's lifetime of service and integrity will be carefully considered in the next steps of this process.

Respectfully,

Matthew Chaudoin

Stacy Quiri
13474 N Silver Cassia Place
Oro Valley, AZ 85755
StacyQuiri@gmail.com

March 15, 2025

Dear The Honorable Judge Rebecca Grady Jennings,

I write this letter in support of Brett Hankinson and want to share some things with you about Brett that you may not know. I first met Brett Hankinson in 1999 while we were both teenagers working at a Department Store. Even back then, Brett's dream was to become a Police Officer so that he could help others in need. Brett was able to achieve his career goals and throughout his career, he was able to do much to help the community he served. Brett is also a devoted father to his college age daughter, Adaira. Brett was a supportive parent throughout her years playing soccer and helped raise Adaira, along with her mother, to be a strong, well-rounded young women who is determined to succeed in anything she does.

Brett is also an animal lover. He has fostered dogs for many years, lots of times, taking in some of the most abused and downtrodden. With his kind heart and gentle hand, he has nurtured these beloved animals back into society, ultimately, helping them find a permanent home. The last thing I want you to know about Brett, he is a Christian. For as long as I have known him, he has had strong faith in Jesus Christ, trying his best to live the virtues of HIS word. I ask that you take these into consideration and have leniency on Brett, he has had to relive that horrific night for the past five years, please remember it took the government three trials to attain their ultimate objective.

Stacy Quiri

March 16, 2025

Jennifer L. Jordan
14739 Burcham Road
Logan, Ohio  43138
(740)808-3425
jjjordan1@frontier.com

I am writing to you today to express my support for Brett Hankison, whom I have been friends
The Honorable Judge Rebecca Grady Jennings,

with for over 30 years. Our friendship began in Junior High school in our small hometown of
Logan, Ohio. This was the first time that the 6 elementary schools in the county all started
attending the same school. As a shy 12-year-old girl, this was a difficult time for me and Brett
helped me through a tough situation where an older boy was giving me a hard time. He saw
how upset I was and came over and introduced himself and told me he was sorry I was having a
hard day. He was comforting, kind, and made me laugh! He said he was friends with the kid's
brother and assured me that I wouldn't have any more problems with him. From this point
forward, I knew that Brett was a friend that I could always count on.

Over the years, Brett has remained a close friend of mine and my husband.  He has never
strayed from the compassionate, honest, responsible and courageous person that I came to
know so many years ago. We have been there for each other through many phases of life:
college, relationships, careers, children, and unfortunately death. I have seen him develop as a
man in each of these periods of time, but the past 5 years have made me have a new respect
for Brett as I have watched him grow even more personally and also in his faith. The difficulties
he has encountered would test anyone's strength and endurance but then within the last year,
he faced the profound loss of his father. During his father's funeral, I watched Brett comfort his
mother, his daughter and his brothers. It seemed as though he was fulfilling a promise he had
made to his dad- a promise to always take care of his family. I also heard him express his
commitment to not only live a life that honors his dad, but also to honor God and seek His
guidance during times of grief and in his daily life. The lesson I learned from Brett that day has
had a great impact on my life and has helped me realize that during difficult times I also need to
let God lead the way.

In closing, I would like to sincerely request your leniency in the sentencing decision for Brett
Hankison. I truly believe that his integrity and resilience are a great influence on his family,
friends and everyone in his path. We all should be so lucky as to have such a great person like
Brett in our lives.

Best Regards,

**Jennifer L. Jordan**

Lisa Packer
103 Fairway Drive
Williamsport, OH 43164

Re: Brett Hankison

To: The Honorable Judge Rebecca Grady Jennings

I am writing in support of Brett Hankison. Brett has been a friend of mine for over 35 years. Our childhood friendship has remained strong through these years because of Brett's compassion, trust, high standards of living, and loyalty. I have nothing but positive remarks regarding his work ethic and overall behavior.

Brett has a great way of prioritizing his loved ones. Family and friends hold a special place in his life. When my husband and I met up with Brett near his place of employment, Brett made sure that we understood where we were going, assisted us with directions, walked us to our car, etc. His compassion and priority for everyone's safety is never overlooked. He makes sure that his loved ones are not placed in harmful circumstances.

Whatever your decision, thank you in advance for learning more about Brett. I am available to confirm any of the statements in this letter. There is no doubt in my mind that Brett is an honest, caring, and loyal friend. He will always be a dear friend to me, and I've always respected his priorities in life.

Sincerely,

*Lisa Packer*

February 7, 2025

To The Honorable Judge Rebecca Grady Jennings:

My name is Larry McIrvin. I am writing to offer my heartfelt support for my friend and neighbor, Brett Hankson, as he faces sentencing before your court. I have had the privilege of knowing Brett for over 3 years, during which time he has been an invaluable presence in my life. As someone with a disability, I am wheelchair-bound and often struggle with tasks around my home, and Brett has generously stepped in to help me on countless occasions. He has never hesitated to lend a hand, and his kindness and willingness to serve others speak volumes about his character.

Beyond his practical assistance, Brett has been a source of encouragement and support in my life. We share a deep faith in God, and our conversations about faith and perseverance have strengthened my spiritual journey. Brett's words and actions reflect his commitment to being a good and faithful person, and I have no doubt that he is dedicated to making positive choices in his life.

Brett is also a devoted son who provides loving care to his mother. His attentiveness and respect for her demonstrate the same selfless and compassionate nature I have come to admire in him. These qualities - his generosity, his faith, and his deep sense of responsibility - make me believe that he is capable of learning from this situation and moving forward in a way that benefits both himself and his community.

I respectfully ask that you consider these aspects of Brett's character as you determine his sentence. He is a good man who has made a meaningful impact on those around him, and I trust that he will continue to do so in the future.

Thank you for your time and consideration.

Sincerely,

Larry L. McIrvin
44 Ashton Court
Taylorsville, KY

Axel Halvarson
2201 Wendell Ave
Louisville KY 40205

March 1, 2025

The Honorable Judge Rebecca Grady Jennings

Re: Brett Hankison

Dear Judge Grady Jennings,

I have known Brett Hankison for over six years as he is my next-door neighbor.  I have always found Brett to be friendly and a helpful neighbor. He has helped me on numerous occasions, especially during a time when I had surgeries and without asking, he would bring our trash and recycling bins to the curb and back. We've also exchanged favors of retrieving packages for one another.

During our conversations and interactions over the years, I believe Brett to be an upstanding citizen who is trustworthy, caring and dependable.

My wife and I are thankful to have such a great neighbor whom we also consider a friend.

Thank you,

Axel Halvarson

 Gmail

Donald Malarcik <don@ohiodefensefirm.com>

## Brett Hankison
1 message

**Matt Mellinger** <msmellinger44@gmail.com>                                    Fri, Mar 14, 2025 at 9:40 AM
To: Don@ohiodefensefirm.com

The Honorable Judge Rebecca Grady Jennings

My name is Matt Mellinger and I am a friend of Brett Hankison. Brett and I have known each other since the first grade. Brett is without a doubt one of my best friends. Saying this in this difficult time in his life is an understatement, so I thought I would share some of my personal experiences with Brett and his immediate family.

Brett was always someone who could be depended upon on to follow through with what he says, be punctual, compassionate, the voice of reason, and take care of his family, especially his daughter. Brett was also revered as a leader among his peers throughout his childhood, and continued as an adult. Brett's character is also a reflection of his faith shaped by his parents since he was a child.

I could cite countless stories to share with you throughout my friendship with Brett, including when he was accepted into the Police Academy. Ever since we were young, Brett has always wanted to become a Police Officer. He knew how important it was to conduct himself in a certain manner to assure his place in the law enforcement community. I remember how proud his family was and how proud his daughter was when she was old enough to realize the importance and sacrifice of the job.

In closing, I greatly appreciate the opportunity to write this letter and hope you find it in good faith.

Thank you,
Matt Mellinger

Sent from my iPhone

 **Gmail**

Donald Malarcik <don@ohiodefensefirm.com>

## Brett Hankinson Impact Letter

1 message

**Tim Evans** <timevans4292@yahoo.com>                                    Wed, Feb 26, 2025 at 1:45 PM
To: "Don@OhioDefenseFirm.com" <Don@ohiodefensefirm.com>

David C, Redd
31580 Shull Road
Logan, OH 31580

February 26, 2025

The Honorable Judge Rebecca Grady Jennings:

My name is Dave Redd. I reside in Logan, Ohio and have been a friend of Brett's for over 45 years. He lived up the street from me and we attended the same church and was involved with the church youth group together.

Growing up we spent a lot of time on the Hocking River, fishing and being boys and young men. We spent countless hours in the woods building forts and hunting.

There were many winters that I helped him shovel sidewalks and driveways for our elderly neighbors. He was a mentor to a younger boy who had lost his dad when he was baby. Brett spent time with him, took him fishing, helped him with his homework (Brett was a very good student) and even counselling him when he had questions about life.

Brett wasn't just a playmate, he was (and still is) my best friend. He is very much involved with his own family and is part of mine. My parents always welcomed him with open arms and mom still does. Since the passing of my dad, he continues to make sure to check -on and see my mom when he's home, even if it's for a short hello.

Brett was like the little brother I never had. I cherish the friendship and brotherhood we had and still have today. I know without a doubt, I can trust and count on him no matter what. I sincerely hope this gives you a little insight into the type of man Brett Hankinson is.

Sincerely,


David C. Redd

The Honorable Judge Rebecca Grady Jennings,

Let me begin by saying thank you so much for your time today.  My name is Kendall Duane, and Brett Hankison has been a cherished friend of mine for 25 years. We first met in 2000 in Lexington when I moved into an apartment complex where a friend of his lived and worked as a courtesy officer. From the moment we met, his charisma and warmth made it easy for us to become fast friends.

It's rare to have a friendship that lasts for half of your life, but I am proud to say that about Brett. Throughout the years, he has been a constant—someone I can trust, rely on, and turn to in both joyful and difficult times. He has been my shoulder to cry on, a steadfast supporter during life's pivotal moments, and an unwavering presence when I needed him most.

Brett was there when I graduated college, he introduced me to my husband—whom I've now been married to for 18 years—and he stood by us at our wedding. Today, he continues to be a source of support, not only for me but also for my daughters, who look up to him as a mentor and friend.

His kindness and compassion shine through in everything he does. Whether in the love he pours into his relationship with his daughter or the countless animals he has fostered over the years, Brett's caring nature is evident in every aspect of his life. I am beyond grateful to call him my friend.

Your Honor, Brett is a kind, generous, and selfless person who has dedicated his life to helping and serving others. His unwavering commitment to his community speaks volumes about his character.

As the wife of a police officer, I understand the risks and sacrifices that come with the job. Yet, despite these dangers, Brett Hankison chose—day in and day out—to put others before himself. His dedication to making a difference is a testament to the kind of person he is.

I respectfully ask you to take this into consideration.


Best Regards,

Kendall Duane