UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 3:22-CR-84-RGJ |
| | ) | | |
| | ) | | 18 U.S.C. § 242 |
| BRETT HANKISON, | ) | | |
| | ) | | |
| Defendant. | ) | | |

### UNITED STATES' MOTION FOR AN EXTENSION OF TIME AND CONTINUANCE

The United States of America respectfully asks the Court to grant a 14-day extension of the deadline to file its sentencing memorandum in *United States v. Brett Hankison*, and a corresponding continuance of the date for the sentencing hearing.   Counsel for the United States has conferred with defense counsel, who indicated that the defendant does not object to the requested extension and continuance.

Sentencing is currently scheduled for Wednesday, July 16, 2025, and the Court directed the parties to file sentencing recommendations by Monday, July 7.   Although the government has worked diligently to prepare for the sentencing hearing and to prepare its sentencing memorandum, the Department respectfully requests additional time to weigh the relevant issues in this case. Specifically, the United States respectfully asks the Court to grant an extension pursuant to Federal Rule of Criminal Procedure 45(b)(1)(A), permit the government to file its sentencing memorandum on Monday, July 21, 2025, and to grant a corresponding continuance of the date of the defendant's sentencing hearing to a date and time that is convenient for the Court's calendar.

1

Respectfully submitted,

HARMEET DHILLON
Assistant Attorney General


/s Michael J. Songer
Michael J. Songer
Special Litigation Counsel
Criminal Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-3204
Michael.Songer@usdoj.gov


Authority Conferred by 28 U.S.C. § 515

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 7, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to all parties.

*s/ Michael J. Songer*
Michael J. Songer
Civil Rights Division

3