**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 09, 2025

Mr. Donald J. Malarcik
Malarcik, Pierce, Munyer & Will
121 S. Main Street
Suite 520
Akron, OH 44308

Re:  Case No. 25-5716, *USA v. Brett Hankison*
      Originating Case No. : 3:22-cr-00084-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Antoinette

Case Management Specialist
Direct Dial No. 513-564-7015

cc:  Mr. Jarrod James Beck
     Mr. Andrew Braniff
     Mr. Ibrahim Aly Farag
     Mr. Michael J. Songer
     Mr. James J. Vilt Jr.

Enclosure

Case No. 25-5716

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRETT HANKISON, Officer

      Defendant - Appellant

Upon consideration of the motion of Donald J. Malarcik to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  October 09, 2025