# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 29, 2025

Mr. Jarrod James Beck
101 W. Short Street
Lexington, KY 40507

Mr. Andrew Braniff
P.O. Box 14403
Washington, DC 20044-4403

Mr. Ibrahim Aly Farag
4010 Dupont Circle
Suite 309
Louisville, KY 40207

Mr. Robert J Keenan
312 N. Spring Street
Suite 1200
Los Angeles, CA 90012

Re: Case No. 25-5954
*USA v. Brett Hankison*
Originating Case No. 3:22-cr-00084-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Antoinette

Case Management Specialist
Direct Dial No. 513-564-7015

cc: Mr. James J. Vilt Jr.

Enclosure

No. 25-5954

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Dec 29, 2025
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| BRETT HANKISON, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

Before: GIBBONS, THAPAR, and READLER, Circuit Judges.

Detective Brett Hankison appeals the district court's order denying his motion for release while this court considers his direct criminal appeal in Case No. 25-5716. For the reasons set out in our prior order, the district court's October 6, 2025, memorandum and order, (R. 299), is **VACATED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk