# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 20, 2026

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

      Re:    Case No. 25-5954, *USA v. Brett Hankison*
             Originating Case No. 3:22-cr-00084-1

Dear Mr. Vilt,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Kelly Stephens
                              Case Management Specialist: Antoinette

cc: Mr. Jarrod James Beck
    Mr. Andrew Braniff
    Mr. Ibrahim Aly Farag
    Mr. Robert J Keenan

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 25-5954

_____

Filed: January 20, 2026

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRETT HANKISON, Officer

    Defendant - Appellant

## MANDATE

    Pursuant to the court's disposition that was filed 12/29/2025 the mandate for this case hereby issues today.

 COSTS:  None